# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Isabela Sneed, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 22-cv-00031-R |
| | ) |
| Independent School District No. 16 of Payne County, | ) |
| | ) |
|     Defendant. | ) |

## **PLAINTIFF'S EXHIBIT LIST**

**COMES NOW** the Plaintiff, Isabela Sneed ("Plaintiff"), and submits the following Exhibit List:[1]

1. Facebook Screenshots

2. Recording of FFA Meeting

3. Letter from school suspending Plaintiff from FFA

4. Email from Zaborsky

5. Emails Dropping Plaintiff from Virtual School

6. Progress Reports

7. Transcript

---

[1] This Exhibit List is submitted while discovery is ongoing. At this time, Plaintiff does not have access to all documents which may be relied upon as exhibits at trial. In this regard, Defendant is currently in the process of supplementing its document production. Plaintiff reserves the right to amend this Exhibit List as new documents are produced. In addition, the Parties will be filing a joint motion to modify the scheduling order in this matter. If that motion is granted, Plaintiff will have additional time to file its witness and exhibit lists. Nonetheless, Plaintiff is filing this Exhibit List to comply with the current deadline.

8. Photos of Plaintiff From Relevant Time Period

9. 2020-10505 Call for Service (May 12th).wav

10. 2020-10505 Morejon Booking(1).avi

11. 2020-10505 Morejon Booking(2).avi

12. 2020-10505 SPD Radio Traffic (May 12th).wav

13. 2020-10505 SPD Radio Traffic (May 19th).wav

14. Brisbin phone call.MP3

15. May15 SPD Instagram Screenshots

16. May 19 SPD Instagram Photos

17. SPD TIF Images

18. SPD-000001_2020-10505.pdf

19. SPD-000095_2020-11639.pdf

20. "Pay for Alberto Morejon" Email

21. Morejon Resignation Emails

22. Morejon Performance Evaluations

23. Morejon Coaching Application

24. Karen Long Emails re. Alberto Morejon Employment Status with SPS

25. SPS Policy re. "Discrimination, Harassment and Retaliation"

26. SPS Policy re. "Grievance Procedure"

27. SPS Policy re. "Nondiscrimination"

28. OSSBA Presentation re. "Title IX Regulations: Revisions"

29. Student File (Excerpts)

30. Attendance Records (Excerpts)

31. Emails Responsive to Plaintiff's RFP No. 3 (These Documents Have Not Yet Been Produced)

32. Documents Responsive to Plaintiffs' RFP No. 15 (as Modified) (These Documents Have Not Yet Been Produced)

33. Documents Responsive to Plaintiffs' RFP No. 17 (as Modified) (These Documents Have Not Yet Been Produced)

34. Plaintiff's Counseling Records (Excerpts) (These Documents Have Not Yet Been Produced)

35. Plaintiff's Medical Records (Excerpts) (These Documents Have Not Yet Been Produced)

36. Any relevant social media posts, school reports, school policies and procedures and communications from the school to Plaintiff that have not yet been produced

Plaintiff reserves the right to amend and supplement this list as additional documents are produced. Plaintiff also reserves the right to introduce other exhibits for impeachment and/or rebuttal purposes. Plaintiff further reserves the right to utilize any exhibit endorsed by Defendant to which Plaintiff does not object.

Respectfully submitted,

**SMOLEN & ROYTMAN**

/s/ Robert M. Blakemore
Daniel E. Smolen, OBA #19943
Robert M. Blakemore, OBA #18656
701 South Cincinnati Avenue

Tulsa, OK 74119
(918) 585-2667
(918) 585-2669 Fax
danielsmolen@ssrok.com
bobblakemore@ssrok.com

-and-

Pansy Moore-Shrier
Moore-Shrier Law Firm
624 South Boston Avenue, Suite 1070
Tulsa, Oklahoma 74119
pansy@mstulsalaw.com

***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of November 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

/s/ Robert M. Blakemore