# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| Isabela Sneed, | ) |
|---|---|
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 22-cv-00031-R |
| | ) |
| Independent School District No. 16 of Payne County, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S FIRST AMENDED WITNESS LIST

**COMES NOW** the Plaintiff, Isabela Sneed ("Plaintiff"), and submits the following Amended Witness List:[1]

| Name | Subject of Information |
|---|---|
| Isabela Sneed<br>c/o Daniel E. Smolen<br>Robert M. Blakemore<br>SMOLEN & ROYTMAN<br>701 South Cincinnati Avenue<br>Tulsa, Oklahoma 74119 | She will testify as to events relevant to the allegations in the Complaint, including liability and damages. |
| Heather Sneed<br>c/o MOORE-SHRIER LAW FIRM<br>624 S. Boston Ave., Ste. 1070<br>Tulsa, Oklahoma 74119<br>Voice: 918-592-3001<br>Fax:    918-794-7149 | Plaintiff's mother. Has knowledge of matters relevant to the allegations in the Complaint, including liability and damages. |
| Harry Sneed<br>c/o MOORE-SHRIER LAW FIRM<br>624 S. Boston Ave., Ste. 1070<br>Tulsa, Oklahoma 74119 | Plaintiff's father. Has knowledge of events relevant to the allegations in the Complaint, including liability and damages. |

---

[1]    This Witness List is submitted while discovery is ongoing. Plaintiff reserves the right to amend this Witness List as new information becomes available through the discovery process.

1

| | |
|---|---|
| Voice: 918-592-3001<br>Fax: 918-794-7149 | |
| Brian Warwick<br>c/o John E. Priddy,<br>525 South Main, Suite 700<br>Tulsa, OK 74103<br>Telephone: (918) 585-9211<br>Facsimile: (918) 583-5617 | Former Assistant Principal of Stillwater Junior High. Current Athletic Director for SPS. Has knowledge of matters relevant to the allegations in the Complaint, including liability and damages. Policies, customs and practices of SPS. |
| John Fields<br>1615 W UNIVERSITY AVE<br>STILLWATER, OK 74074<br>405-372-3019 | Former Principal of Stillwater Junior High. Has knowledge of matters relevant to the allegations in the Complaint, including liability and damages. Policies, customs and practices of SPS. |
| Uwe Gordon<br>c/o John E. Priddy,<br>525 South Main, Suite 700<br>Tulsa, OK 74103<br>Telephone: (918) 585-9211<br>Facsimile: (918) 583-5617 | High School Principal. Has knowledge of matters relevant to the allegations in the Complaint, including liability and damages. Policies, customs and practices of SPS. |
| Seth Condley<br>c/o John E. Priddy,<br>525 South Main, Suite 700<br>Tulsa, OK 74103<br>Telephone: (918) 585-9211<br>Facsimile: (918) 583-5617 | Soccer coach. Has knowledge of matters relevant to the allegations in the Complaint, including liability and damages. Policies, customs and practices of SPS. |
| Victor R. Gonzalez<br>1721 E LINDA AVE<br>STILLWATER, OK 74075<br>832-876-0176 | Former ELL Teacher. Has knowledge of matters relevant to the allegations in the Complaint, including liability and damages. Policies, customs and practices of SPS. |
| Alberto Morejon<br>John Lilley Correctional Facility<br>407971 Highway 62E<br>Boley, OK 74829 | Has knowledge of matters relevant to the allegations in the Complaint, including liability and damages. Policies, customs and practices of SPS. |
| N.M.<br>[Contact Info is Confidential] | Second victim of Morejon who was subject of a second criminal matter. |
| Sherae LeJeune<br>Stillwater Police Department<br>723 S. Lewis St.<br>Stillwater, OK 74074 | Investigation into allegations against Morejon. Criminal charges against Morejon. |

| | |
|---|---|
| "Officer Gibbs"<br>Stillwater Police Department<br>723 S. Lewis St.<br>Stillwater, OK 74074 | Investigation into allegations against Morejon. Criminal charges against Morejon. |
| Kyle Liechti<br>c/o John E. Priddy,<br>525 South Main, Suite 700<br>Tulsa, OK 74103<br>Telephone: (918) 585-9211<br>Facsimile: (918) 583-5617 | Volleyball coach. Has knowledge of matters relevant to the allegations in the Complaint, including liability and damages. Policies, customs and practices of SPS. |
| Kristin Janloo<br>c/o John E. Priddy,<br>525 South Main, Suite 700<br>Tulsa, OK 74103<br>Telephone: (918) 585-9211<br>Facsimile: (918) 583-5617 | Computers and journalism teacher. Has knowledge of matters relevant to the allegations in the Complaint, including liability and damages. Policies, customs and practices of SPS. |
| Saul Talley<br>c/o John E. Priddy,<br>525 South Main, Suite 700<br>Tulsa, OK 74103<br>Telephone: (918) 585-9211<br>Facsimile: (918) 583-5617 | Social Studies teacher. Has knowledge of matters relevant to the allegations in the Complaint, including liability and damages. Policies, customs and practices of SPS. |
| Carl Nipper<br>c/o John E. Priddy,<br>525 South Main, Suite 700<br>Tulsa, OK 74103<br>Telephone: (918) 585-9211<br>Facsimile: (918) 583-5617 | FFA. Has knowledge of matters relevant to the allegations in the Complaint, including liability and damages. Policies, customs and practices of SPS. |
| Shandi Treat<br>c/o John E. Priddy,<br>525 South Main, Suite 700<br>Tulsa, OK 74103<br>Telephone: (918) 585-9211<br>Facsimile: (918) 583-561 | Former Assistance Principal at Stillwater Junior High. Has knowledge of matters relevant to the allegations in the Complaint, including liability and damages. Policies, customs and practices of SPS. |
| Bailey Kliewer<br>c/o John E. Priddy,<br>525 South Main, Suite 700<br>Tulsa, OK 74103 | FFA. Has knowledge of matters relevant to the allegations in the Complaint, including liability and damages. Policies, customs and practices of SPS. |

| | |
|---|---|
| Telephone: (918) 585-9211<br>Facsimile: (918) 583-561 | |
| Avery Blakey<br>1224 N Husband St<br>Stillwater, OK 74075 | Student. Has knowledge of matters relevant to the allegations in the Complaint, including liability and damages. |
| Blake Crowson<br>4207 EDEN CHAPEL LN,<br>STILLWATER, OK 74074 | Student. Has knowledge of matters relevant to the allegations in the Complaint, including liability and damages. |
| Kyra Shores<br>205 SW 2ND ST.<br>PERKINS, OK 74059 | Student. Has knowledge of matters relevant to the allegations in the Complaint, including liability and damages. |
| Jackson Gardner<br>1114 CHANDLER ST.<br>STILLWATER, OK 74074 | Student. Has knowledge of matters relevant to the allegations in the Complaint, including liability and damages. |
| Avery Bassett<br>2624 S BLACK OAK DR.<br>STILLWATER, OK 74074 | Student. Has knowledge of matters relevant to the allegations in the Complaint, including liability and damages. |
| Nolan Morgan<br>2502 N MONROE ST.<br>STILLWATER, OK 74075 | Student. Has knowledge of matters relevant to the allegations in the Complaint, including liability and damages. |
| Jaycie Jackson<br>17400 EXPLORER<br>PERRY, OK 73077 | Student. Has knowledge of matters relevant to the allegations in the Complaint, including liability and damages. |
| Garrett Perry<br>1224 N Husband St<br>Stillwater, OK 74075 | Student. Has knowledge of matters relevant to the allegations in the Complaint, including liability and damages. |
| Anna Thompson<br>1224 N Husband St<br>Stillwater, OK 74075 | Student. Has knowledge of matters relevant to the allegations in the Complaint, including liability and damages. |
| Miana Smith<br>1501 W 3RD AVE APT 14<br>STILLWATER, OK 74074 | Student. Has knowledge of matters relevant to the allegations in the Complaint, including liability and |

| | |
|---|---|
| | damages. |
| MORGANNE E MOREJON aka Morganne E Hiatt<br>601 DOGWOOD CT<br>CLEVELAND, OK 74020<br>Phone Number(s):<br>918-619-2224<br>405-630-0673<br>918-231-6742 | Morejon's ex-wife. Has knowledge of matters relevant to the allegations in the Complaint, including liability and damages. |
| Jeremy Hooten<br>c/o John E. Priddy,<br>525 South Main, Suite 700<br>Tulsa, OK 74103<br>Telephone: (918) 585-9211<br>Facsimile: (918) 583-561 | School Resource Officer. Has knowledge of matters relevant to the allegations in the Complaint, including liability and damages. Policies, customs and practices of SPS. |
| Walter Howell<br>c/o John E. Priddy,<br>525 South Main, Suite 700<br>Tulsa, OK 74103<br>Telephone: (918) 585-9211<br>Facsimile: (918) 583-561 | Assistant Principal. Has knowledge of matters relevant to the allegations in the Complaint, including liability and damages. Policies, customs and practices of SPS. |
| Kendra Kilpatrick<br>2216 N FAIRLAKE DR,<br>STILLWATER, OK 74075-3002 | Former Basketball Coach and Teacher. Has knowledge of matters relevant to the allegations in the Complaint, including liability and damages. Policies, customs and practices of SPS. |
| Lindy Zamborsky<br>c/o John E. Priddy,<br>525 South Main, Suite 700<br>Tulsa, OK 74103<br>Telephone: (918) 585-9211<br>Facsimile: (918) 583-561 | Counselor. Has knowledge of matters relevant to the allegations in the Complaint, including liability and damages. Policies, customs and practices of SPS. |
| Joy Coffman, LPC<br>Coffman Wellness, LLC<br>8516 E 101st St.<br>Tulsa, OK 74133<br>Phone: (918) 928-5535 | Counseling and mental health care provided to Plaintiff in connection with abuse of Morejon. Plaintiff's mental health, injuries and damages. |
| Kelly Griffith, Ph.D.<br>1024 W Lakeridge Ave<br>Stillwater OK, 74075 | Counseling and mental health care provided to Plaintiff in connection with abuse of Morejon. Plaintiff's mental health, injuries and damages. |

| Mary Melton, LPC<br>1601 S Main St.<br>Stillwater, OK 74074<br>Phone: (405) 372-2300 | Counseling and mental health care provided to Plaintiff in connection with abuse of Morejon. Plaintiff's mental health, injuries and damages. |
|---|---|
| Krystal Voight, M.D.<br>1201 S Adams St, Stillwater, OK 74074<br>Phone: (405) 743-7375 | Counseling and mental health care provided to Plaintiff in connection with abuse of Morejon. Plaintiff's mental health, injuries and damages. |
| Jared Brisbin<br>360410 East 5500 Road<br>Hallett, OK 74034 | Morejon's Stepfather. Can testify concerning admissions of misconduct made by Morejon. |

Plaintiff reserves the right to supplement this witness list. Plaintiff also reserves the right to call witnesses for impeachment and/or rebuttal purposes.

Plaintiff further reserves the right to call witnesses endorsed by Defendants to which Plaintiff does not object.

At this time, Plaintiff does not anticipate presenting any witness' testimony by means of his or her deposition.

Respectfully submitted,

**SMOLEN & ROYTMAN**

/s/ Robert M. Blakemore
Daniel E. Smolen, OBA #19943
Robert M. Blakemore, OBA #18656
701 South Cincinnati Avenue
Tulsa, OK 74119
(918) 585-2667
(918) 585-2669 Fax
danielsmolen@ssrok.com
bobblakemore@ssrok.com

-and-

Pansy Moore-Shrier
Moore-Shrier Law Firm

624 South Boston Avenue, Suite 1070
Tulsa, Oklahoma 74119
pansy@mstulsalaw.com

***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

 I hereby certify that on the 7th day of November 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

 /s/ Robert M. Blakemore