## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

ISABELLA SNEED,                          )
                                         )
    Plaintiff,      )
                                         )
v.                                       )  Case No. CIV-22-31-R
                                         )
INDEPENDENT SCHOOL                       )
DISTRICT NO. 16 OF PAYNE                 )
COUNTY, OKLAHOMA, a/k/a                  )
STILLWATER PUBLIC SCHOOL                 )
DISTRICT, a/k/a STILLWATER               )
INDEPENDENT SCHOOL DISTRICT              )
NUMBER 16,                               )
                                         )
    Defendant.      )

## SCHOOL DISTRICT'S FINAL WITNESS LIST

The Defendant, Independent School District No. 16 of Payne County, Oklahoma,

commonly known as Stillwater Public Schools (the "School District"), respectfully

submits its Final Witness List.

## WITNESSES

| No. | Name | Address | Proposed Testimony |
|-----|------|---------|--------------------|
| 1. | Isabella Sneed | c/o Daniel E. Smolen<br>Robert M. Blakemore<br>SMOLEN & ROYTMAN<br>701 South Cincinnati Ave.<br>Tulsa, Oklahoma 74119<br>918-585-2667 | Will testify as to her knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |

| | | | |
|---|---|---|---|
| 2. | Alberto Morejon | Unknown | Will testify as to his knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 3. | Jericah Dawson | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to her knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 4. | Assistant District Attorney Debra Vincent | Payne County District Attorney's Office<br>606 Husband, Room 111<br>Stillwater, OK 74074<br>405-372-4883 | Will testify as to her knowledge of all facts and circumstances related to the Plaintiff's' claims and/or the School District's defenses. |
| 5. | John Carson | Stillwater Police Department<br>723 S. Lewis Street<br>Stillwater, OK 74074<br>405-372-4171 | Will testify as to his knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 6. | Detective Sherae LeJeune | Stillwater Police Department<br>723 S. Lewis Street<br>Stillwater, OK 74074<br>405-372-4171 | Will testify as to her knowledge of all facts and circumstances related to the Plaintiff's' claims and/or the School District's defenses. |

| | | | |
|---|---|---|---|
| 7. | Cody Manuel | Stillwater Police Department<br>723 S. Lewis Street<br>Stillwater, OK 74074<br>405-372-4171 | Will testify as to his knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 8. | Kurt Merrill | Stillwater Police Department<br>723 S. Lewis Street<br>Stillwater, OK 74074<br>405-372-4171 | Will testify as to his knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 9. | Paul Blankenship | Stillwater Police Department<br>723 S. Lewis Street<br>Stillwater, OK 74074<br>405-372-4171 | Will testify as to his knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 10. | Holly Chandler | Saville Center<br>1523 W. 9th Street<br>Stillwater, OK 74074<br>405-377-5670 | Will testify as to her knowledge of all facts and circumstances related to the Plaintiff's' claims and/or the School District's defenses. |
| 11. | Shandi Treat | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to her knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |

| | | | |
|---|---|---|---|
| 12. | Tucker Barnard | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to his knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 13. | Brian Warwick | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to his knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses including but not limited to, policies. customs and training. |
| 14. | Brian Blake | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to his knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 15. | John Fields | 1615 W. University Ave.<br>Stillwater, OK 74074 | Will testify as to his knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 16. | Leslie McSpadden | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to her knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |

| | | | |
|---|---|---|---|
| 17. | Kristin Janloo | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to her knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 18. | Seth Conley | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to his knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 19. | Jennifer Eckel | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to her knowledge of all facts and circumstances related to the Plaintiffs' claims and/or the School District's defenses. |
| 20. | Uwe Gordon | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to his knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 21. | George Horton | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to his knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |

| | | | |
|---|---|---|---|
| 22. | Walter Howell | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to his knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 23. | Michael White | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to his knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 24. | Lindy Zamborsky | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to her knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 25. | Kyle Liechti | Dillard University<br>2601 Gentilly Boulevard<br>New Orleans, LA 70122<br>504-283-8822 | Will testify as to his knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 26. | Mika Lucas | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to her knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |

| | | | |
|---|---|---|---|
| 27. | Trevor Fieldsend | 1024 W. Will Rogers Dr. Stillwater, OK 74075 | Will testify as to his knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 28. | Cathy Walker | Stillwater Public Schools 314 S. Lewis Street Stillwater, OK 74074 405-533-6300 | Will testify as to her knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 29. | Holly Ellis | Stillwater Public Schools 314 S. Lewis Street Stillwater, OK 74074 405-533-6300 | Will testify as to her knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 30. | Crystal Szymanski | Stillwater Public Schools 314 S. Lewis Street Stillwater, OK 74074 405-533-6300 | Will testify as to her knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 31. | Dr. Marc Moore | Address Unknown | Will testify as to his knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |

| | | | |
|---|---|---|---|
| 32. | Kelsey Turner | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to her knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 33. | Ashley Valencia-Pate | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to her knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 34. | James Grant | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to his knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 35. | Kendra Kilpatrick | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to her knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 36. | Douglas Chesbro | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to his knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |

| | | | |
|---|---|---|---|
| 37. | Chad Cawood | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to his knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 38. | Bailey Kliewer | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to her knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 39. | Carl ("Tanner") Nipper | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to his knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 40. | Desa James | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to her knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 41. | Chris Primeaux | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to his knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |

| 42. | Dennis Cyr | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to his knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
|---|---|---|---|
| 43. | Paula Sheppard | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to her knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 44. | Robert Branscum | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to his knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 45. | Searcy Crow | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to her knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 46. | Saul Talley | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to his knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |

| 47. | Milton Baird | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to his knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
|---|---|---|---|
| 48. | Angela Knott | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to her knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 49. | Ian Williams | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to his knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 50. | Edward Hatch | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to his knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 51. | Michael Porter | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to his knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |

| 52. | Cassandra Herndon | Stillwater Public Schools 314 S. Lewis Street Stillwater, OK 74074 405-533-6300 | Will testify as to her knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
|---|---|---|---|
| 53. | Joanna Gipson | Stillwater Public Schools 314 S. Lewis Street Stillwater, OK 74074 405-533-6300 | Will testify as to her knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 54. | Jimmy Harris | Stillwater Public Schools 314 S. Lewis Street Stillwater, OK 74074 405-533-6300 | Will testify as to his knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 55. | James Grant | Stillwater Public Schools 314 S. Lewis Street Stillwater, OK 74074 405-533-6300 | Will testify as to his knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 56. | Malinda Mills | Stillwater Public Schools 314 S. Lewis Street Stillwater, OK 74074 405-533-6300 | Will testify as to his knowledge of all facts and circumstances related to the Plaintiff's' claims and/or the School District's defenses. |

| | | | |
|---|---|---|---|
| 57. | Joy Cawood | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to her knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 58. | Riann Swanson | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to her knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 59. | Suzanne Birdwell | Stillwater Public Schools<br>314 S. Lewis Street<br>Stillwater, OK 74074<br>405-533-6300 | Will testify as to her knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 60. | K.R.B. | Unknown | Will testify as to the knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 61. | G.M.B. | Unknown | Will testify as to the knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |

| 62. | J.K.C. | Unknown | Will testify as to the knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| --- | --- | --- | --- |
| 63. | C.R.C. | Unknown | Will testify as to the knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 64. | A.M.C. | Unknown | Will testify as to the knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 65. | N.B.G. | Unknown | Will testify as to the knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 66. | L.J.H. | Unknown | Will testify as to the knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |

| | | | |
|---|---|---|---|
| 67. | G.K.J. | Unknown | Will testify as to the knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 68. | A.K. | Unknown | Will testify as to the knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 69. | C.G.K. | Unknown | Will testify as to the knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 70. | A.E.L. | Unknown | Will testify as to the knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 71. | S.T.M. | Unknown | Will testify as to the knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |

| | | | |
|---|---|---|---|
| 72. | J.E.M. | Unknown | Will testify as to the knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 73. | P.T.M. | Unknown | Will testify as to the knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 74. | J.M.N. | Unknown | Will testify as to the knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 75. | S.B.N. | Unknown | Will testify as to the knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 76. | S.E.P. | Unknown | Will testify as to the knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |

| 77. | D.E.P. | Unknown | Will testify as to the knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
|---|---|---|---|
| 78. | D.J.R. | Unknown | Will testify as to the knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 79. | W.S.S. | Unknown | Will testify as to the knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 80. | R.O.S. | Unknown | Will testify as to the knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 81. | A.S.O. | Unknown | Will testify as to the knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |

| 82. | M.L.S. | Unknown | Will testify as to the knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
|---|---|---|---|
| 83. | S.L.S. | Unknown | Will testify as to the knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 84. | V.H.T. | Unknown | Will testify as to the knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 85. | S.E.T. | Unknown | Will testify as to the knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 86. | R.S.W. | Unknown | Will testify as to the knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |

| 87. | Y.Q.Z. | Unknown | Will testify as to the knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
|-----|--------|---------|-------------------------------------|
| 88. | R.E.M. | Unknown | Will testify as to the knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 89. | B.V.D.H. | Unknown | Will testify as to the knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 90. | S.T.M. | Unknown | Will testify as to the knowledge of all facts and circumstances related to the Plaintiff's claims and/or the School District's defenses. |
| 91. | Unidentified Representative | | Will testify to services provided to Plaintiff. |
| 92. | Custodian of records | | Will testify to their duties as custodian of records for purposes of offering any business records relevant to Plaintiff's claims. |

| 93. | All witnesses listed by the Plaintiff, not objected to by the School District. | | |
|---|---|---|---|
| 94. | The School District reserves the right to supplement the list of individuals who may have discoverable information as discovery is ongoing. | | |

Respectfully submitted,

**ROSENSTEIN, FIST & RINGOLD**


**By:**    *s/John E. Priddy*
            **John E. Priddy, OBA No. 13604**
            **Emily C. Krukowski, OBA No. 32038**
            **525 South Main, Suite 700**
            **Tulsa, OK 74103**
            **Telephone: (918) 585-9211**
            **Facsimile:   (918) 583-5617**
            **johnp@rfrlaw.com**
            **ekrukowski@rfrlaw.com**

**Attorneys for the School District**

## CERTIFICATE OF DELIVERY

⊠     I hereby certify that on February 20th, 2023, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants, to:

Daniel E. Smolen
Robert M. Blakemore
danielsmolen@ssrok.com
bobblakemore@ssrok.com

-and-

Pansy Moore-Shrier
pansy@mstulsalaw.com

Attorneys for Plaintiff

*s/John E. Priddy*
JOHN E. PRIDDY