**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| ISABELLA SNEED, | ) |
|---|---|
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-22-31-R |
| | ) |
| INDEPENDENT SCHOOL | ) |
| DISTRICT NO. 16 OF PAYNE | ) |
| COUNTY, OKLAHOMA, a/k/a | ) |
| STILLWATER PUBLIC SCHOOL | ) |
| DISTRICT, a/k/a STILLWATER | ) |
| INDEPENDENT SCHOOL DISTRICT | ) |
| NUMBER 16, | ) |
| | ) |
| Defendant. | ) |

## SCHOOL DISTRICT'S FINAL EXHIBIT LIST

The Defendant, Independent School District No. 16 of Payne County, Oklahoma, commonly known as Stillwater Public Schools (the "School District"), respectfully submits its Final Exhibit List.

## EXHIBITS

| No. | Title / Description |
|---|---|
| 1. | All student records for Isabella Sneed, including but not limited to, academic, attendance, discipline, special education, and extra-curricular activities **[SPS 000134 – SPS 000224].** |
| 2. | Any and all medical, counseling/therapeutic records and bills of Isabella Sneed. |
| 3. | Any and all communications with Plaintiff and family **[SPS 001852 – SPS 001873].** |
| 4. | Law enforcement interviews and recordings received by Subpoena Duces Tecum **[SPD 000001 – SPD 000103].** |

| | |
|---|---|
| 5. | All training records **[SPS 000028 – SPS 000133] and [SPS 000225 – SPS 000395].** |
| 6. | Employment file/personnel file for Alberto Morejon **[SPS 000001 – SPS 000023]**. |
| 7. | FFA recordings of improper conduct with chickens, notes and communications regarding incident in FFA. |
| 8. | Relevant policies, including Sexual Harassment, Discrimination and Non-Discrimination, student handbooks for 2017-2018, 2018-2019 and 2019-2020, and employee handbooks for 2017-2028, 2018-2019, and 2019-2020 **[SPS 00028 – SPS 00036].** |
| 9. | All documents produced or obtained in discovery by the School District. |
| 10. | All documents produced by Plaintiff in discovery not objected to by the School District. |
| 11. | Deposition testimony of parties and witnesses. |
| 12. | Documents listed as exhibits by the Plaintiff, not objected to by the School District. |
| 13. | The School District reserves the right to supplement this list as discovery is ongoing. |

**Respectfully submitted,**

**ROSENSTEIN, FIST & RINGOLD**

**By:** *s/John E. Priddy*
**John E. Priddy, OBA No. 13604**
**Emily C. Krukowski, OBA No. 32038**
**525 South Main, Suite 700**
**Tulsa, OK  74103**
**Telephone:  (918) 585-9211**
**Facsimile:   (918) 583-5617**
**johnp@rfrlaw.com**
**ekrukowski@rfrlaw.com**

**Attorneys for the School District**

## CERTIFICATE OF DELIVERY

☒ I hereby certify that on February 20th, 2023, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants, to:

Daniel E. Smolen
Robert M. Blakemore
danielsmolen@ssrok.com
bobblakemore@ssrok.com

-and-

Pansy Moore-Shrier
pansy@mstulsalaw.com

Attorneys for Plaintiff

                                                *s/John E. Priddy*
                                                JOHN E. PRIDDY