

Moore, Marc &lt;mmoore@stillwaterschools.com&gt;

## Resignation Effective June 1, 2020

**Morejon, Alberto** &lt;alberto.morejon@okstate.edu&gt;      Mon, Jun 1, 2020 at 8:36 PM
To: "mmoore@stillwaterschools.com" &lt;mmoore@stillwaterschools.com&gt;

Dr. Moore,

This is my resignation from employment by Stillwater Public Schools effective June 1, 2020. I am waiving my right to submit my resignation by certified mail and understand that any remaining salary due me for the 2019-2020 school year will be paid through the district's normal district payroll process because my employment responsibilities ended prior to June 1.

Alberto Morejon

**EXHIBIT 3**