IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

ISABELA SNEED,
    Plaintiff,

vs.     Case No. 22-cv-00031-R

INDEPENDENT SCHOOL
DISTRICT NO. 16 OF
PAYNE COUNTY,
    Defendant.

DEPOSITION OF
JOHN FIELDS

DATE: FEBRUARY 28, 2023

REPORTER: MARISA SPALDING, CSR, RPR

Spalding Reporting Service, Inc.
1611 South Utica Avenue, Box 153
Tulsa, Oklahoma 74104
spaldingreportingservice@cox.net
(918) 284-2017



PLAINTIFF'S EXHIBIT 1

```
 1   story from the Stillwater paper, I believe,
 2   and I'll have your counsel look at it.  And
 3   you can keep that in front of you.
 4              (Plaintiff's Exhibit No. 12
 5              marked for identification)
 6              MR. CORLEY:  Can we go off the
 7   record real quick?
 8              MR. SMOLEN:  Yeah, yeah, sure.
 9              (Off the record)
10          DIRECT EXAMINATION (Cont.)
11   BY MR. SMOLEN:
12       Q   Okay.  So, Mr. Fields, when I was
13   kind of preparing for your deposition, came
14   across a statement.  I think it was in the
15   newspaper here locally.  And it was just
16   about a resignation that you had.  And it
17   looks like, according to this, that the
18   resignation was effective March 1st of
19   2019.  Is that right or 2020?
20       A   I think it's 2020.
21       Q   Yeah.  So in the -- under the
22   picture, it says:  District officials have
23   declined to discuss -- it says:  The
24   Stillwater Board of Education has accepted
25   the resignation of Stillwater Junior High
```

School Principal, John Fields, effective March 1st, 2020, I think, is what it was. Does that seem consistent with your memory?
    A    Uh-huh, yes, I'm sorry.
    Q    Okay.
    A    Yes.
    Q    I don't want to get into the details of that, okay? I understand that those charges were dismissed and expunged, and -- and so I'm not going to get into that. But I do want to get into, during this timeframe, okay, up until March 1st of 2020, I want to talk to you about situations pertaining to other faculty at the school and other students that had attended both the junior high and the high school, okay? I'm going to hand you Plaintiff's Exhibit No. 1.
            (Plaintiff's Exhibit No. 1
             marked for identification)
            MR. SMOLEN: John, it's just a copy of the complaint.
            MR. PRIDDY: Okay.
    Q    (By Mr. Smolen) And I really -- if you wouldn't mind, Mr. Fields, just reading