IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

ISABELA SNEED,          )
        Plaintiff,      )
                        )
vs.                     )Case No.   22-cv-00031-R
                        )
INDEPENDENT SCHOOL      )
DISTRICT NO. 16 OF      )
PAYNE COUNTY,           )
        Defendant.      )


DEPOSITION OF
SETH CONDLEY


DATE:   MARCH 1, 2023

REPORTER:   MARISA SPALDING, CSR, RPR


Spalding Reporting Service, Inc.
1611 South Utica Avenue, Box 153
Tulsa, Oklahoma 74104
spaldingreportingservice@cox.net
(918) 284-2017



PLAINTIFF'S
EXHIBIT
2

A    Most teachers did --

Q    What --

A    -- to work on extra work.

Q    What does that process look like at
Stillwater Public Schools as far as -- I
mean, are the kids freely allowed to leave
the cafeteria and just come to this
teacher's classroom or do they have to
check out and get approval?

A    It's approval.

Q    Does it have to be scheduled?

A    Sometimes it's scheduled.  Sometimes
it's approval.

Q    And how did the approval process
work?

A    Usually just talked with the teacher
or they let the lunch people know or a
principal.

Q    Okay.

A    But I was lunch duty, so I was never
in my classroom at lunchtime.

Q    Okay.  You were always in the
cafeteria?

A    I was always in the cafeteria.

Q    So at least, talk to me about from

1  your practice, when you're working in the
2  cafeteria and a student needs to go and
3  work or get extra help during the lunch
4  hour, what was that practice like for as
5  far as the approval process went?
6      A    Most of the time, we took it for
7  face -- like if students wanted to go, we
8  trust the students.  And then I would
9  follow-up with the teacher after my duty
10  assignment was over to confirm that the
11  students arrived or not.
12      Q    Okay.
13      A    And if they did not, I didn't let
14  them do it the next time.
15      Q    Okay.  Was it ever tracked in a
16  written format?
17      A    No.
18      Q    Any kind of log or anything?
19      A    Not that I -- I didn't, no.
20      Q    Okay.
21      A    Other lunch-duty people might have.
22  There might have been emails.  I -- I never
23  logged anything.  I --
24      Q    Okay.  Let me ask you -- I'll hand
25  you Exhibit 4.

Q    It wasn't pertaining to --

A    No, this --

Q    -- what had happened?

A    No, this -- this is completely
recent.

Q    Okay.  Yesterday, Mr. Fields said
that he'd had a little bit of a discussion
with you just about the fact that you were
going to sit for deposition.  Do you recall
that conversation?

A    Yes.

Q    And -- and what do you recall from
that conversation?

A    It was my wife and I were -- we
visit with him periodically since he's been
removed from Stillwater schools just to
check in because he's a friend of mine.
And we went to the house just to see how he
was doing.  And then we -- I brought up to
him that I got this notice to talk about
this case.

And we both were like, yeah, this is
disappointing and we hope it's rectified in
the proper manner.  But there was no
further -- because then my wife technically

offered him a volunteer job at her job.

Q   That's what -- that's what he had
said.  And he had said that you guys were
friends.  And so --

A   Uh-huh.

Q   -- there's nothing inappropriate
about you guys having a conversation about
it.

A   Oh, no.

Q   I just wanted to know to what extent
you guys talked about it and what you guys
were talking about.  I didn't get into a
whole lot of facts about his resignation
yesterday.  He had his lawyer there with
him, and I know that he had had a criminal
charge that was expunged.

A   Uh-huh.

Q   And he basically had testified that
from November 19 on, he wasn't essentially
allowed back at -- physically on site at
the school.  Is that consistent with your
memory?

A   Yes.

Q   Okay.

A   He's -- he's been absent.  I --

1    Q   That's what he said.

2    A   Because he was the girls coach

3 before I took over.

4    Q   Okay.  Do you know about the

5 situation that led to his resignation?

6    A   Yes.

7    Q   What -- just generally what

8 happened?  Based on your understanding,

9 what were the allegations?

10    A   The allegations was he took down a

11 student that was assaulting another

12 principal in a bus area, and the student

13 filed charges that it was over the top, and

14 that's all I know.  And then never heard

15 the student was -- the student was actually

16 in my class periodically.  He didn't show

17 up very often at all.

18    Q   Who was it?

19    A   I don't remember the name.

20    Q   And did the student continue to

21 attend --

22    A   No, like they stopped.

23    Q   -- or did they stop?

24    A   They -- I don't even know where

25 they're at now.  They -- from my