**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) ISABELLA SNEED, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>(1) INDEPENDENT SCHOOL )<br>DISTRICT NO. 16 OF PAYNE COUNTY, )<br>OKLAHOMA, a/k/a STILLWATER PUBLIC )<br>SCHOOL DISTRICT, a/k/a STILLWATER )<br>INDEPENDENT SCHOOL DISTRICT )<br>NUMBER 16, )<br>)<br>Defendant. ) | Case No. CIV-22-31-R |

## **EXHIBIT 5**

Police Report (2020-10505)

# **FILED UNDER SEAL**