IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

ISABELA SNEED,
    Plaintiff,

vs.     Case No. 22-cv-00031-R

INDEPENDENT SCHOOL
DISTRICT NO. 16 OF
PAYNE COUNTY,
    Defendant.

DEPOSITION OF
TREVOR FIELDSEND

DATE: MARCH 1, 2023

REPORTER: MARISA SPALDING, CSR, RPR

Spalding Reporting Service, Inc.
1611 South Utica Avenue, Box 153
Tulsa, Oklahoma 74104
spaldingreportingservice@cox.net
(918) 284-2017



PLAINTIFF'S EXHIBIT 7

```
 1  was after being out for three years.
 2      Q    Okay.  And I know it's a big school.
 3  I just didn't know if for any reason like
 4  if they were in cross country or anything
 5  like that, that you recall, either of them?
 6      A    No.
 7      Q    Okay.
 8      A    Neither one of those.
 9      Q    I also wanted you to look at -- and
10  this will explain why you got a subpoena.
11      A    Yeah.
12      Q    I want you to look at Plaintiff's
13  Exhibit 15, and it's an email string and it
14  kind of starts at the back.
15      A    Okay.
16      Q    And then there's a separate middle
17  page.  And maybe you would be able to
18  explain the middle page to me more than I
19  understand it.  It looks like some kind of
20  encrypted receipt but...
21      A    Yeah.
22      Q    I'll walk you through it, at least
23  what I know.  So I have -- this was
24  produced in discovery in this case by
25  Stillwater Public Schools.
```

1     A    Hum.

2     Q    And it -- so it starts down at the
3 bottom.

4     A    The back page?

5     Q    On -- I'll refer to SPS 610 at the
6 bottom right.

7     A    Yeah.

8     Q    And so it looks as though -- and I'm
9 at the bottom here.  It says, during PTC,
10 whenever I was being a dedicated baseball
11 coach and working for $2 an hour, someone
12 came into my room and took/stole my
13 Hawaiian license plate?

14     A    Yeah.

15     Q    I honestly forget about this, but
16 the kids put me into depression today, and
17 I randomly remember the one thing that
18 makes me smile during the day, the rainbow
19 on the license plate.  If anyone has seen
20 this license plate, please return.  I'm
21 really missing it.  And then on the next --
22 on the -- on the very first page -- and I'm
23 at Page 1 of it -- it looks as though you
24 responded to that post?

25     A    Right.

```
 1      Q    And you said, maybe one of your 9th
 2  grade female entourage took it for a
 3  souvenir?
 4      A    Yeah.
 5      Q    For the very first time I caught it,
 6  there was a picture of the Queen on the
 7  third page of that.  I never put it
 8  together that maybe you had also put the
 9  Queen picture on there, but I didn't know?
10      A    Probably.  I could have done it.
11      Q    Okay.
12      A    I get crap all the time about stuff
13  like that so I --
14      Q    It makes more sense now with the
15  Queen --
16      A    Yeah, yeah.
17      Q    -- after I meet you?
18      A    Yeah.
19      Q    So I've -- I've asked about this
20  email with other people, but I want to just
21  make sure I understand initially when we
22  see that it goes to JH Staff on the email
23  --
24      A    Yeah.
25      Q    -- what was your understanding of
```

```
 1  who were the recipients or who would be the
 2  recipients of that?
 3       A    Of that email?
 4       Q    Of the JH Staff, yeah?
 5       A    I guess anybody that was in the
 6  building, I guess.
 7       Q    Okay.  I didn't know if you had an
 8  appreciation for whether or not that that
 9  was just faculty or if it also included
10  administrators?
11       A    I thought it was just faculty.
12       Q    Okay.
13       A    Yeah.
14       Q    There's been inconsistent testimony.
15  Someone said that they think that maybe
16  there's one that includes faculty and
17  administration, and then there's a
18  different list that just includes faculty.
19  And they didn't know either way which it
20  was labeled, so I was just curious?
21       A    Well, just faculty and staff.  I
22  thought it was just faculty and then
23  kitchen workers, you know, and janitors and
24  that kind of thing so...
25       Q    Okay.  Mr. Gonzalez testified today
```

```
1   before you came in --
2       A    Uh-huh.
3       Q    -- that you also taught across the
4   hall from Morejon?
5       A    Yeah.
6       Q    Is that right?
7       A    Yeah.
8       Q    Okay.  And he had also said that
9   there was a female computer teacher and
10  yearbook -- she ran the yearbook for the
11  school --
12      A    Right, yeah.
13      Q    -- that was also next to you?
14      A    Yeah, yeah.
15      Q    Do you recall who -- who that was?
16      A    Yeah, that was Janloo.
17      Q    Okay.  How do you spell her name?
18      A    J-a-n-l-o-o.
19      Q    Okay.
20      A    Kristin Janloo.
21      Q    Janloo?
22      A    Yeah.
23      Q    And was that -- is that her full
24  name or is it the last name?
25      A    Janloo is the last name.  Kristin is
```

generally, based on your observations, it was up to the teacher to enforce that, whether they chose to do so or not?

A   Yeah.  And not to get it confused, but I think the policy at that time was if a student had their phone out, you took it away, and you sent it down to the office, and they picked it up at the end of school.

Q   Okay.

A   And so it's -- I mean, we've gone backwards and forwards on that for -- you know, ever since cell phones became popular but...

Q   Okay.  How do you think you learned about Morejon allowing the kids to have their cell phones out during class?  Do you think it was from faculty or do you think it was from another student or do you think it was just something that you had observed?

A   I think it was just something that I observed.

Q   Okay.  There's been previous testimony about at the junior high school during lunchtime --

A    Uh-huh.

Q    -- that if a student wanted to leave the cafeteria or the eating room, whatever you guys called it, that they would have to let the administrator in the cafeteria know that they were leaving and where they were going. Do you recall that being the practice?

A    I -- I think that was the -- the -- the rule. And as far as I know, I think they're only supposed to go as far as the restrooms and then could come back. But sometimes a principal will get called away or that sort of stuff or -- and then they kind of filter away down the hallway there because they -- Morejon's classroom was over here.

The cafe -- the library was here and the cafeteria was here. So they could come down, oh, I'm going to the library, I guess, and then into his room. You know what I mean? It's hard to police that. You just -- you know, kids aren't always truthful in what they tell you kind of thing so, I mean...

1  I'm asking you about that I have not asked
2  you about?
3      A   I mean, the only thing that I would
4  say is that he was a popular guy.  I mean,
5  he was -- I mean, those girls was the main
6  thing.  But there would be boys there all
7  the time, too, you know, baseball players
8  and people like that, you know, played
9  baseball for him.  So it wasn't like it was
10 totally females all the time.  There was --
11 you know, he was Mr. Popular.
12     Q   Okay.
13     A   And so, you know, because, I mean,
14 that -- that's not putting any -- that's
15 not making that less than anything that I
16 saw at lunchtime.  I'm just saying he -- he
17 was a popular guy kind of thing.
18     Q   When you say -- that makes me -- I
19 want to ask you one more question.  Mr.
20 Gonzalez testified that from time to time
21 you'd say -- you would refer to them as
22 Morejon's harem of girls?
23     A   Yeah.
24     Q   Did you use that terminology?
25     A   Possibly.