April 29, 2021

For Internal SPS Purposes Only:

In my first year with Stillwater Public Schools and at Stillwater Junior High School, I have become aware of several patterns of information with regards to Mr. Morejon's interaction with students in prior school years when he was an employee of the district.

I have overheard conversations and been told some specific things that lead me to believe the following information was somewhat common knowledge by much of the staff at SJHS.

- Mr. Morejon generally had lots of students in his room during his lunch break. Conversation suggests these students were generally female or members of the baseball team coached by Mr. Morejon.
- Students often requested to take Mr. Morejon chocolate milk during his lunch and also other lunch periods (interrupting his 4th hour class). Students would tell supervisory staff that Mr. Morejon loved chocolate milk and that they needed to take him some.
- Mr. Morejon's room was a popular student hangout before school in the morning and during tutorials. Conversation suggests that students would run to his room in order to get a seat there for the tutorial period.
- Staff believed some of Mr. Morejon's student interactions were odd but not odd enough to be crossing any lines. Conversation suggests that some staff members did attempt to tell Mr. Morejon that his interactions were odd and could be misinterpreted.

Additional information:
- Mr. Morejon was voted student favorite teacher in the 19-20 school yearbook. These were delivered and given to students in August 2020 (late due to COVID).

*[signature]*

Crystal Szymanski, Principal

PLAINTIFF'S EXHIBIT 8

SPS 002167