IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

ISABELA SNEED,
    Plaintiff,

vs.     Case No. 22-cv-00031-R

INDEPENDENT SCHOOL
DISTRICT NO. 16 OF
PAYNE COUNTY,
    Defendant.

ZOOM DEPOSITION OF
KRISTIN JANLOO

DATE: JULY 12, 2023

REPORTER: MARISA SPALDING, CSR, RPR

Spalding Reporting Service, Inc.
1611 South Utica Avenue, Box 153
Tulsa, Oklahoma 74104
spaldingreportingservice@cox.net
(918) 284-2017



PLAINTIFF'S EXHIBIT 10

to your first hour. So I don't recall people bringing him milk at lunch.

Q Do you recall students having lunch in his room?

A I do remember seeing students when I would go to lunch to the staff room to eat. I do remember students coming down.

Q And was there not a requirement that the students have lunch at the cafeteria?

A Yes and no. Yes, they're supposed to stay in the cafeteria. Sometimes, occasionally, like for me in my yearbook class -- I teach yearbook, too -- we would have like deadline parties in our room. But generally speaking, yes, they're supposed to stay in the cafeteria unless it's like a special occasion.

Q Right. And did it concern you that, on a daily basis, kids were not required to follow that -- that rule and were allowed to have lunch with Mr. Morejon in his room?

A I didn't see it enough -- happening enough where it concerned me, if that makes sense.

Q Well, it seems like everyone there

1  Q   Okay.  And he resigned at some
2  point, correct?
3       A   I don't remember how it all -- yeah,
4  he stopped being our principal, I want to
5  say in 2019, and we had an interim.  Isn't
6  that right?  I -- I could be wrong about
7  that.  But -- but, yes, he -- he was not our
8  principal in 2020.
9       Q   Do you recall anything about his
10 resignation?
11      A   No.
12      Q   Okay.  Did the school have a policy
13 with teachers as it pertained to texting or
14 snapping or using social media with
15 students?
16      A   No, not that I'm -- no, not that I'm
17 aware of, I should say.
18      Q   There's nothing that you're aware
19 of, at least as we sit here today, that
20 would prohibit a student and a teacher from
21 having a conversation over social media
22 after school hours; is that fair?
23      A   That's fair, yeah.
24      Q   Okay.  Is there any kind of policy
25 as it pertains to conversations with

SPALDING REPORTING SERVICE
918-284-2017

1 students that you need to go through their
2 parents if they're a minor?
3    A   No.
4    Q   After Mr. Morejon was found to be
5 sexually assaulting -- at least having
6 inappropriate sexual encounters with Ms.
7 Sneed -- did the school come in and do any
8 kind of training after the fact with the --
9 the faculty?
10   A   No.
11   Q   Did the school do anything to advise
12 the faculty what had happened and how
13 Mr. Morejon was grooming, at least, Ms.
14 Sneed?
15   A   No, not that I can recall, no.
16   Q   As we sit here today, based on your
17 training and -- and the training that you
18 received from Stillwater schools, would you
19 be able to identify someone that was
20 potentially grooming a student for
21 inappropriate sexual -- inappropriate sexual
22 relationship?
23   A   Based on training that I've
24 received, no, because we have not had
25 training on that.