AGREEMENT is made a term beginning July 1 and ending June 30, by and between Stillwater Public Schools and the Stillwater Police Department as follows:

## WITNESSETH:

WHEREAS STILLWATER PUBLIC SCHOOLS agree to work with the STILLWATER POLICE DEPARTMENT and the STILLWATER POLICE DEPARTMENT agrees to manage a School Resource Officer (SRO) Program in STILLWATER PUBLIC SCHOOLS consisting of full time School Resource Officers as Police department staffing levels permit, their vehicles, supplies and equipment; and WHEREAS STILLWATER PUBLIC SCHOOLS and the STILLWATER POLICE DEPARTMENT desire to set forth in this SRO Agreement the specific terms and conditions of the services to be performed and provided by the said SROs in STILLWATER PUBLIC SCHOOLS; NOW, THEREFORE, THE PARTIES HERETO AGREE AS FOLLOWS:

**1.0 Goals and Duties of School Resource Officers** - It is understood and agreed that STILLWATER PUBLIC SCHOOLS and the STILLWATER POLICE DEPARTMENT officials share the following goals and duties with regard to the School Resource Officer (SRO) Program in the schools:
    1.1 Goals of the SRO Program:
        1.1A To prevent and reduce school violence and juvenile crime;
        1.1B To create and maintain a safe, secure and orderly learning environment;
        1.1C To create a positive image of police in the minds of students;
        1.1D To enable students to become better informed and more effective citizens; and
        1.1E To encourage members of STILLWATER PUBLIC SCHOOLS and the STILLWATER POLICE DEPARTMENT to continue working together towards these common goals.
    1.2 Stillwater Public Schools Goals:
        1.2A To report any crimes that occur on campus, and to cooperate with the law enforcement officials in their investigation of crimes that occur at school; and
        1.2B To cooperate with law enforcement officials in their investigations of criminal offenses which occur off campus.
    1.3 Stillwater Police Department Goals:
        1.3A To respond quickly to major disruptions and criminal offenses at the various school sites; and
        1.3B To encourage SROs to attend extra-curricular activities held at schools, when possible.
    1.4 To protect lives and property for the citizens and public school students of the City of Stillwater;
    1.5 To enforce Federal, State and Local criminal laws and ordinances;
    1.6 To investigate criminal activity committed on or adjacent to school property;
    1.7 To assist other law enforcement officers with outside investigations concerning students attending the school(s) to which the SRO is assigned;
    1.8 To schedule officers to provide security for athletic events or other school activities at the request of the principal or his designee;
    1.9 To coordinate with the school administration to develop plans and strategies to prevent and/or minimize dangerous situations on or near campus;
    1.10 To develop and expand crime prevention programs and other programs that may be needed;
    1.11 To provide law-related counseling to students, teachers, staff and parents;
    1.12 To provide classroom instruction on a variety of law-related topics;
    1.13 To prepare lesson plans for the instruction provided;
    1.14 To assist the superintendent, principals, faculty and staff in enforcing the campus code of conduct and other schools rules in order to maintain a safe learning environment in the following manner.
        A. When it pertains to preventing a disruption that would, if ignored, place students, faculty and staff at risk of harm, the SRO will resolve the problem to preserve the school climate.
        B. IN ALL OTHER CASES disciplining students is a School District responsibility, and the SRO will alert administration and/or take students to the office where school discipline can be meted out.
    1.15 To provide traffic control during the arrival and departure of students and during special events as requested by school officials;
    1.16 To establish and maintain a positive rapport with students, teachers and staff;
    1.17 To participate in campus activities, student organizations, and athletic events when appropriate;



PLAINTIFF'S EXHIBIT 13

5.15 To participate in the Safe and Drug Free Schools Committee: and
5.16 To become familiar with the various social service agencies available in the Stillwater community.

## 2.0 Employment and Assignment of School Resource Officers

2.1 The STILLWATER POLICE DEPARTMENT agrees to provide School Resource Officers (SROs) during the term of this agreement, as department staffing allows. The SROs shall be employees of the STILLWATER POLICE DEPARTMENT and shall be subject to the administration, supervision and control of the STILLWATER POLICE DEPARTMENT, except as such administration, supervision and control are subject to the terms and conditions of this Agreement.

2.2 The STILLWATER POLICE DEPARTMENT agrees to provide and to pay the SROs' salary and employment benefits in accordance with the applicable salary schedules and employment practices of the STILLWATER POLICE DEPARTMENT. The SROs shall be subject to all other personnel policies and practices of the STILLWATER POLICE DEPARTMENT except as such policies or practices may have to be modified to comply with the terms and conditions of this Agreement.

2.3 The STILLWATER POLICE DEPARTMENT, in its sole discretion, shall have the power and authority to hire, discharge and discipline SROs.

2.4 When police department staffing levels permit, SROs shall be assigned by the STILLWATER POLICE DEPARTMENT as follows:

2.41 Of the 4 SROs one shall be assigned to Stillwater High School; one shall be assigned to Stillwater Junior High; and one shall be assigned to Stillwater Middle School. Any of the 4 SROs may be assigned to an Elementary School Site on an as-needed basis as determined by an internal schedule.

2.42 Any of the four SROs may respond to Lincoln Alternative Academy as needed.

2.43 Rotation of SRO's will be considered on an annual basis as agreed upon by Stillwater Police Department and Stillwater Public Schools.

2.44 In the event an SRO is absent from work, the SRO shall notify both his supervisor at the STILLWATER POLICE DEPARTMENT and the principal of the school to which the SRO is assigned.

## 3.0 Duty Hours

3.1 When assigned, SRO's will report to their assigned site 30 minutes before the beginning of school until 30 minutes after students are released at the assigned school site. On Fridays, the SRO assigned to the Middle School and the SRO assigned primarily to elementary sites will remain on assignment until the normal release time of students at these schools during the rest of the week. SRO's will work 5 days a week, 8 hours per day. Any time worked passed a 40 hour work week will be compensated in accordance with standard departmental practice.

3.2 When school is closed for a holiday or other reasons, the SRO may use his accumulated comp time and/or vacation time to take that day off, or be assigned other police department related tasks. When school is not in session, but it is considered a workday for school employees (such as professional days and parent teacher conferences), the SRO may work in the schools as needed or as requested by school officials for training, meetings, or as needed by the Stillwater Police Department.

3.3 Summer Hours

3.31 During the summer break when school is not in session, the SROs will be assigned to the schools a minimum of one week after the last day of school and two weeks before the first day of school. Additional time in the schools may be requested by school officials and/or SROs, and must be approved by Police Department Administration.

3.32 Time will be allotted for the SRO's to attend other school related events and/or training.

3.4 The SROs will be allowed to use their time off as needed as long as it does not interfere with their duties as SROs, or other needs of the Police Department. It is recommended that the SROs take the bulk of their time off in the summer or during scheduled school holidays; however

SPS 002148

situations may arise whereas they may need time off during a regular school day.

3.5 STILLWATER PUBLIC SCHOOLS recognizes that in the event of an emergency as, defined by the needs of the Police Department, one or more SROs may be needed by the STILLWATER POLICE DEPARTMENT to leave their school duty station during normal duty hours as described above and to perform other services for the STILLWATER POLICE DEPARTMENT. Stillwater Police Department and Stillwater Public Schools will collaborate to minimize SROs from being removed from their assignments within the schools.

### 4.0 Basic Qualifications of School Resource Officers (SROs)

To be a SRO, an officer must first meet all of the requirements in SOP 340 and the following basic qualifications:

4.1 Shall possess sufficient knowledge of the applicable Federal and State laws, City ordinances, and Board of Education polices and regulations;

4.2 Shall be capable of conducting in-depth criminal investigations;

4.3 Shall possess even temperament and set a good example for students; and

4.4 Shall possess communication skills that would enable the officer to function effectively

4.5 Shall maintain a harmonious relationship with Stillwater Public Schools.

### 5.0 Chain of Command

5.1 As employees of the STILLWATER POLICE DEPARTMENT, SROs shall follow the chain of command as set forth in the STILLWATER POLICE DEPARTMENT Standard Operating Procedures (SOP) Manual.

5.2 In the performance of their duties, SROs shall coordinate and communicate with the principal or the principals' designee of the school to which they are assigned.

### 6.0 Training/Briefing

6.1 Training Sessions will be conducted to provide SROs with appropriate in-service training such as updates in the law, in-service firearms training, and CLEET training. The STILLWATER PUBLIC SCHOOLS also may provide training in Board of Education Policies, regulations and procedures. Stillwater Public Schools agrees to pay 25% of the training cost for SRO training for 3 of the SRO's and 75% of the SRO training cost for the fourth SRO.

### 7.0 Dress Code - The SROs will be required to wear a departmental-issued uniform. The uniform shall be provided by the STILLWATER POLICE DEPARTMENT.

### 8.0 Supplies and Equipment

8.1 Motor vehicles. The STILLWATER POLICE DEPARTMENT shall provide a vehicle for each SRO. The STILLWATER POLICE DEPARTMENT will be responsible for the
Insurance, maintenance and any other expenses associated with the operation and
upkeep of the vehicle.

8.2 Weapons and ammunition. The STILLWATER POLICE DEPARTMENT agrees to provide each SRO with all weapons and ammunition.

8.3 Office and Office Supplies. STILLWATER PUBLIC SCHOOLS agrees to provide each SRO with a private office that is properly lighted and climate controlled. The office shall be furnished with a desk with drawers, chair, worktable, phone and a filing cabinet that can be properly locked and secured for confidential files and/or records. The SRO also shall be provided a computer and printer. The SRO shall also have access to a copy machine, fax machine, secretarial assistance, and technical support. The school agrees to provide each SRO with the usual and customary office supplies and forms required in the performance of their duties.

### 9.0 Transporting Students

9.1 It is agreed that SROs shall not transport students in their vehicles except:

9.11 When the students are victims of a crime, access Safe Place, are under arrest, or some other emergency circumstances exist; and

9.12 When students are suspended and sent home from school pursuant to school disciplinary actions if the student's parent or guardian has refused or is unable to pick-up the child within a reasonable time period and the student is disruptive/disorderly and his/her continued presence on campus is a threat to the safety and welfare of other

SPS 002149

students and school personnel, as determined by the school resource officer or his/her supervisor.

9.2 If circumstances require that the SRO transport a student, other than an arrest, then the school must provide a school official or employee to accompany the officer in the vehicle.

9.3 If the student to be transported off campus is not under arrest, a victim of a crime, or violent or disruptive, the school administration shall provide transportation for the student and the SRO may accompany a school official in transporting a student.

9.4 Student shall not be transported to any location unless it is determined that the student's parent, guardian or custodian is at the destination to which the student is being transported. SROs shall not transport students in their personal vehicles.

9.5 SROs shall notify the school principal, as well as the Stillwater Police Department before removing a student from campus.

**10.0 Investigation, Interviewing, Search and Arrest Procedures** - SROs will follow federal, state and local laws as well as Stillwater Police Standard Operation Procedures (SOPs) in the investigation of crimes as well as the interview, search and arrest of students. Stillwater Public Schools recognize that during the investigation of crimes, arrests may be necessary. Such "arrests" may be the mere issuance of a ticket or a summons, or a custodial arrest. SRO's may issue citations and/or summons' as situations dictate, however, whenever possible, SRO's should notify the site principal, or their designee, prior to a student being taken into custody. If prior notification is not feasible, the SRO should notify the school administration as soon thereafter as possible.

**11.0 Bomb Threats** - It is a felony to give false information concerning the placement of a bomb in a school building. School officials, the SRO and fire safety officials shall cooperate in the implementation of procedures in the event of a bomb threat (see STILLWATER PUBLIC SCHOOLS Emergency Procedures Manual). In all cases, the principal shall report such incidents to the Superintendent, and to the SRO. In the absence of physical evidence, it is the Superintendent and Principal's decision to evacuate the school

**12.0 Controlled Substances**

12.1 School officials shall notify the SRO in all cases involving ALL possessions, sales or distribution of controlled substances at school or school activities as required by Title 70 in the Oklahoma State Statutes.

12.2 Any controlled substances or suspected controlled substances confiscated by school officials shall be turned over to the SRO for proper identification and eventual destruction as required by Title 70 in the Oklahoma State Statutes.

12.3 If there is probable cause to believe that a student or any other person has sold or is selling controlled substances at or near a school, the SRO shall be notified and the SRO should proceed according to law and Stillwater Police Department policy.

**13.0 Riots and Civil Disorders**

13.1 In the event of a riot or civil disorder the SRO is expected to take appropriate police action.

13.2 If, in the opinion of the principal or SRO, additional law enforcement personnel are needed to restore and/or maintain order, the SRO will contact the appropriate law enforcement agency and request assistance. The principal or his designee also shall notify the Superintendent.

13.3 To the extent possible, all communications should be made by telephone to avoid alarming the public and news media.

13.4 The Superintendent or his designee shall be prepared to respond to questions from the news media, parents and other members of the public as soon as order is restored.

13.5 If deemed necessary by school and law enforcement officials, the media and the public may be restricted to an area *off* campus away from the disturbance until order is restored.

13.6 The SRO or officer in charge may consult with the principal about the need or decision to arrest and/or remove students and other persons from the campus. However, law enforcement officials shall have the authority to arrest and remove any person.

13.7 Information regarding those arrested and removed from campus shall be released in accordance with the Oklahoma Open Records Act or the Federal Freedom of Information Act.

SPS 002150

### 14.0 Access to Education Records

14.1 School officials shall allow SROs to inspect and copy any public records maintained by the school including student directory information such as yearbooks. However, law enforcement officials may not inspect and/or copy confidential student education records except in situations where a possible threat to the welfare of students, parents, or the school community exists.

14.2 If some information in a student's cumulative record is needed in an emergency to protect the health or safety of the student or other individuals, school officials may disclose to the SRO that information which is needed to respond to the emergency situation based on the seriousness of the threat to someone's health or safety; the need of the information to meet the emergency situation and the extent to which time is of the essence.

14.3 If confidential student records information is needed, but no emergency situation exists, the information may be released only upon the issuance of a search warrant or subpoena to produce the records.

**15.0 Evaluation** - It is mutually agreed that the STILLWATER PUBLIC SCHOOLS shall evaluate the SRO Program and the performance of each SRO annually. It is further understood that the STILLWATER PUBLIC SCHOOL'S evaluation of each officer is advisory only and that the STILLWATER POLICE DEPARTMENT retains the final authority to evaluate the performance of the SROs.

**16.0 Compensation** – It is mutually agreed that STILLWATER PUBLIC SCHOOLS will provide $75,000.00 of the total compensation for three of the four SROs annually, Stillwater Public Schools will provide $55,671 of total compensation for the fourth SRO. It is expected that monthly invoices be provided for reimbursement.

**17.0 Term of Agreement** - The term of this agreement is one year commencing on 7/01/19 and ending on 6/30/20. The Agreement may be renewed and extended annually for additional and successive one-year terms unless notice of non-renewal is given by either party, in writing, prior to June 15th of the initial or any succeeding term.

IN WITNESS WHEREOF, the parties hereto have caused this Operations Agreement to be executed the day and year first written above.

STILLWATER PUBLIC SCHOOLS
BOARD OF EDUCATION

By: _____  Date: 8-13-19
Board President

[SEAL: INDEPENDENT SCHOOL DIST. NO. 16, PAYNE COUNTY, OKLA. OFFICIAL SEAL]

CITY OF STILLWATER

By: Norman McNickle  Date: 8-28-19
City Manager

SPS 002151