IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA


ISABELLA SNEED,                 )
                                )
            Plaintiff,          )
                                )
        -vs-                    ) Case No. CIV-22-31-R
                                )
INDEPENDENT SCHOOL DISTRICT )     **CONFIDENTIAL**
NO. 16 OF PAYNE COUNTY,         )
OKLAHOMA, a/k/a STILLWATER      )
PUBLIC SCHOOL DISTRICT,         )
a/k/a STILLWATER                )
INDEPENDENT SCHOOL DISTRICT )
NO. 16,                         )
                                )
            Defendant.          )


*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *


*VIDEO DEPOSITION OF ISABELLA GRACE SNEED*

TAKEN PURSUANT TO PROTECTIVE ORDER

TAKEN ON BEHALF OF THE DEFENDANT

TAKEN AT 701 SOUTH CINCINNATI AVENUE

TULSA, OKLAHOMA

NOVEMBER 1, 2022


*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

BALLARD REPORTING
611 WEST 15TH STREET, C-3
TULSA, OKLAHOMA  74127
(918) 407-2278
ballardreporting@gmail.com

*   *   *   *   *   *   *   *


REPORTED BY:  ASHLEY BALLARD, CSR



1   A.   No.

2   Q.   All right.  So before I move off the spring, I just

3        want to ask:  In your communications on Instagram

4        with Mr. Morejon, was there anything that went on by

5        way of him sending to you or you sending to him that

6        you would say was inappropriate?  What I mean by

7        that is of a sexual nature in the spring of '18.

8   A.   Yes, but it wasn't pictures.  It was just him

9        saying things.

10  Q.   Okay.  Can you help me out?  Like what -- what kind

11       of things?

12  A.   He would want to meet up with me and just -- he

13       always fantasized things.

14  Q.   Okay.  So he would try to meet you in the spring of

15       '18?

16  A.   Yes.

17  Q.   And you were 14 years old.  Obviously you weren't

18       driving.

19  A.   Right.

20  Q.   So how was he proposing that you guys meet up?

21  A.   Couldn't tell you.

22  Q.   So there were no details?  It was just a generic

23       statement?

24  A.   It was just like fantasizing it.

25  Q.   Oh, okay.  So not really trying to meet up, just

1    Mr. Morejon's class. So we've talked about sitting

2    behind his desk taking notes.

3  A.  Yes.

4  Q.  Talked about him doing the direct messaging. Is

5    there anything else that went on that we have not

6    discussed?

7  A.  No.

8  Q.  Okay. We've covered it all?

9  A.  (Witness nods head up and down.)

10 Q.  Okay. And just so I'm clear, had he -- he had

11    not -- he flirted -- or I don't want to use that

12    term, but he had talked about fantasizing about

13    meeting with you; correct?

14 A.  Yes.

15 Q.  Okay. And -- but he hadn't sent any pictures at

16    that time?

17 A.  No.

18 Q.  Had he asked you to send any pictures at that time?

19 A.  Yes.

20 Q.  Had you sent any pictures?

21 A.  No.

22 Q.  All right. And as far as what was going on between

23    you and Mr. Morejon, you hadn't told anybody?

24 A.  No.

25 Q.  Okay. Did you sometimes go behind his desk and

1      sleep?

2   A.  Yes.

3   Q.  Okay.  So you weren't always just taking notes?

4   A.  No.

5   Q.  You would actually sleep back there?

6   A.  Yes.

7   Q.  Okay.  And when you were in his class, did you --

8       was there parts of the school year where you weren't

9       turning in your work?

10  A.  Yes.

11  Q.  And was he submitting grades for you --

12  A.  Yes.

13  Q.  -- even though you didn't turn in your work?

14  A.  Yes.

15  Q.  Okay.  Did you tell anyone about that?

16  A.  No.

17  Q.  Okay.  And as far as the '17-18 school year, you

18      didn't actually see anybody else being behind his

19      desk or any direct messaging with any other girls,

20      anything like that?

21  A.  No.

22  Q.  Okay.  As far as you knew that year, you were the

23      only one?

24  A.  No.  I knew that they were sitting back there.  I

25      had never physically seen it.

1   Q.   Okay. So you knew that that year. And I'm sorry,

2        I misunderstood that. So Avery and Ella [sic], you

3        knew they were sitting back there; you just didn't

4        see it?

5   A.   Right.

6   Q.   Okay. Did you ever have any conversations that

7        school year with any Stillwater School District

8        employees about Mr. Morejon and any of his conduct?

9   A.   No.

10   Q.   Okay. Did anyone approach you and try to talk to

11       you that was an employee with Stillwater about

12       anything that was going on between you and

13       Mr. Morejon?

14   A.   No.

15   Q.   Okay. Did -- did he tell you to keep things a

16       secret?

17   A.   Yes.

18   Q.   Okay. So the summer between your eighth and ninth

19       grade year, Isabella, did you have any contact with

20       Mr. Morejon during the summer months?

21   A.   Yes.

22   Q.   Okay. How would you have contact with him during

23       the summer between eighth and ninth grade year?

24   A.   The same. Instagram.

25   Q.   The DM --

1 Q. Would you be around Mr. Morejon at school in your

2   ninth grade year?

3 A. Yes.

4 Q. How would you be around him?

5 A. Lunch --

6 Q. Okay.

7 A. -- and after school.

8 Q. All right.  So --

9 A. And --

10 Q. Go ahead.  I'm sorry.

11 A. Occasionally he would call me into his room,

12   because he had a planning period.

13 Q. Okay.  So let's start with lunch.  When you were in

14   junior high, would that be a lunch period for both

15   grades combined or would they do each grade

16   separately?

17 A. It was each grade separately.

18 Q. All right.  So in ninth grade, you get -- the ninth

19   grade would have a designated lunch hour?

20 A. Right.

21 Q. And at some other point in time of the day eighth

22   grade would have a lunch hour?

23 A. Right.

24 Q. Okay.  Was he still teaching eighth grade when you

25   were in the ninth grade?

```
 1   A.   Yes.
 2   Q.   Okay.  So when you had your lunch hour, was he not
 3        teaching class?
 4   A.   Yes.
 5   Q.   He was teaching class?
 6   A.   (Witness nods head up and down.)
 7   Q.   Okay.  So there would be students in there?
 8   A.   Yes.
 9   Q.   Okay.  And then you said you would sometimes see
10        him after school?
11   A.   Yes.
12   Q.   Would you go by his room after school?  Is that how
13        you would see him?
14   A.   Yes.
15   Q.   All right.  Did you have FFA or volleyball
16        obligations after school?
17   A.   Not in junior high.
18   Q.   Okay.  So as far as volleyball or FFA
19        responsibilities, that would not be after school in
20        junior high?
21   A.   Right.  We would only have it like three times a
22        week, I think.
23   Q.   Okay.
24   A.   For volleyball.
25   Q.   But would that be after school?
```

1  A.  He would be in his classroom.

2  Q.  Okay.  Would he be back behind his desk?

3  A.  Yes.

4  Q.  All right.  And you would walk in after the school

5      day was over and what?  What was going on in there?

6      Just talking?

7  A.  Uh-huh.

8  Q.  Okay.  Anything inappropriate go on in that

9      classroom of a sexual nature?

10  A.  At this time?

11  Q.  Yeah, in the fall of 2018.

12  A.  That's when he started touching my legs.

13  Q.  Okay.

14  A.  But other than that, no.

15  Q.  Okay.  Well, we haven't talked about that, so let

16      me ask you about that.  So when -- when during the

17      school day would this touching occur?  Was it always

18      the same part of the school day or different points

19      throughout the day?

20  A.  Usually the same after school because there was

21      nobody in there.

22  Q.  Okay.  So after school you would go by to see him

23      and he would touch your legs?

24  A.  Right.

25  Q.  Okay.  Can you explain to me how that would occur?

```
 1        Would you go over behind the desk?  Would you be --
 2   A.   Yes.
 3   Q.   -- sitting on the desk?
 4   A.   No.
 5   Q.   Where were you in the classroom?
 6   A.   Sitting behind the desk.
 7   Q.   On the floor?
 8   A.   Yes.
 9   Q.   Okay.  So you would come in after school, you would
10        go around behind his desk, and you would sit down on
11        the floor?
12   A.   Right.
13   Q.   And that -- he would then touch your legs?
14   A.   Right.
15   Q.   Okay.  Was it on the outside or the inside of your
16        clothes?
17   A.   Outside.
18   Q.   All right.  And would he pat you, squeeze you, rub
19        you, or just set his hand on your leg?  What -- what
20        was the motion like?
21   A.   All three.
22   Q.   All three.  Okay.  Would he say anything when he
23        was doing this?
24   A.   No, just normal talking.
25   Q.   Okay.  So sometimes he would pat your leg?
```

```
 1   A.   Right.

 2   Q.   Sometimes he would squeeze your leg?

 3   A.   Right.

 4   Q.   And sometimes he would rub his hand on your leg?

 5   A.   Right.

 6   Q.   Okay.  Did he ever say anything inappropriate when

 7        he was doing that?

 8   A.   No.

 9   Q.   Okay.  To your knowledge, did anyone, that you were

10        aware of, observe Mr. Morejon touching your leg?

11   A.   No.

12   Q.   Okay.  Did you tell anyone in the fall of 2018 that

13        Mr. Morejon touched your leg?

14   A.   No.

15   Q.   And Isabella, there's obviously different parts of

16        our leg, you know, calf, knee, thigh area.  Where on

17        your leg was he touching you?

18   A.   My thighs.

19   Q.   Your thighs?  Okay.  Both thighs?

20   A.   (Witness nods head up and down.)

21   Q.   Okay.  On top?  On the sides?

22   A.   Like inside and then --

23   Q.   Inside your thigh?

24   A.   -- on top.

25   Q.   Okay.  Anything else that happened - you said when
```

```
 1        Schools, Isabella, that ever said anything after all
 2        this came to light about Mr. Morejon, any employee
 3        that said anything to you about that situation that
 4        you thought was unprofessional or inappropriate?
 5    A.  No.
 6    Q.  Okay.  Do you have any reason to believe that the
 7        volleyball coach, Kyle, treated you any differently
 8        because of what happened with Mr. Morejon?
 9    A.  Yes.
10    Q.  Okay.  Why do you believe that?
11    A.  He wouldn't talk to me there -- before, we had --
12        we were pretty close, and then after, he wouldn't
13        say anything.
14    Q.  Okay.  So prior to this coming out with
15        Mr. Morejon, he would speak with you a lot?
16    A.  Right.
17    Q.  My understanding of what you're telling me?
18    A.  Yes.
19    Q.  Okay.  And then after the situation with
20        Mr. Morejon came out, he would not talk to you?
21    A.  Right.
22    Q.  Okay.  Did he ever tell you that was because of
23        Mr. Morejon?
24    A.  No.
25    Q.  Okay.  So that's -- that's your opinion that's why;
```

1  Q.  Everybody is social distancing?

2  A.  I mean, sure.

3  Q.  Right.  I mean, it was a much different world than

4      the fall; right?

5  A.  Right.

6  Q.  Everyone is standoffish because of COVID; correct?

7          MR. BLAKEMORE:  Object to form.

8  Q.  (By Mr. Priddy)  You're not going up and giving

9      high fives and giving your friends hugs.  I mean,

10     all that -- the world is changed; correct?

11 A.  Right.

12         MR. BLAKEMORE:  Object to form.

13 Q.  (By Mr. Priddy)  Did anyone tell you they were

14     upset with you at Stillwater Public Schools because

15     of the report involving Mr. Morejon?

16 A.  No.

17 Q.  Did anyone tell you that they thought differently

18     of you because of the report of Mr. Morejon?

19 A.  No.

20 Q.  Have you, Isabella -- let me start with doctors

21     first.  Have you gone and seen any doctors for any

22     type of medical care that you believe is related to

23     what happened with Mr. Morejon?

24 A.  Mental health?

25 Q.  No, just medical first.

1  A.  Just medical?

2  Q.  Let's talk about medical.

3  A.  No.

4  Q.  All right.  Have you gone to any counselors -- so

5      now let's move on to what you said, mental health.

6      Have you gone to any counselors that you've sought

7      services from that you would say is a result of what

8      happened with Mr. Morejon?

9  A.  Yes.

10  Q.  Okay.  And have you gone to more than one

11      counselor?

12  A.  Yes.

13  Q.  How many total counselors have you gone to?

14  A.  Approximately possibly between five and seven.

15  Q.  Five to seven counselors?

16  A.  Yes.

17  Q.  Okay.

18      MR. BLAKEMORE:  And before you go any further,

19      I just want to designate any further testimony about

20      counseling as confidential under the protective

21      order.

22      MR. PRIDDY:  Okay.

23  Q.  (By Mr. Priddy)  So -- and do you understand what

24      your attorney is saying, Isabella?  We have done an

25      agreed protective order to keep your -- your private