IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) ISABELLA SNEED, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. CIV-22-31-R |
| | ) | |
| (1) INDEPENDENT SCHOOL DISTRICT NO. 16 OF PAYNE COUNTY, OKLAHOMA, a/k/a STILLWATER PUBLIC SCHOOL DISTRICT, a/k/a STILLWATER INDEPENDENT SCHOOL DISTRICT NUMBER 16, | ) | |
| | ) | |
| Defendant. | ) | |

# EXHIBIT 16

Instant Messages

# FILED UNDER SEAL