**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**



Moore, Marc <mmoore@stillwaterschools.com>

## Resignation Effective June 1, 2020

**Morejon, Alberto** <alberto.morejon@okstate.edu>  Mon, Jun 1, 2020 at 8:36 PM
To: "mmoore@stillwaterschools.com" <mmoore@stillwaterschools.com>

Dr. Moore,

This is my resignation from employment by Stillwater Public Schools effective June 1, 2020. I am waiving my right to submit my resignation by certified mail and understand that any remaining salary due me for the 2019-2020 school year will be paid through the district's normal district payroll process because my employment responsibilities ended prior to June 1.

Alberto Morejon

**PLAINTIFF'S EXHIBIT 17**

SPS000026