IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

ISABELA SNEED,                    )
          Plaintiff,              )
                                  )
vs.                               )Case No.   22-cv-00031-R
                                  )
INDEPENDENT SCHOOL                )
DISTRICT NO. 16 OF                )
PAYNE COUNTY,                     )
          Defendant.              )


DEPOSITION OF
UWE GORDON



DATE:  MARCH 3, 2023

REPORTER:  MARISA SPALDING, CSR, RPR


Spalding Reporting Service, Inc.
1611 South Utica Avenue, Box 153
Tulsa, Oklahoma 74104
spaldingreportingservice@cox.net
(918) 284-2017



PLAINTIFF'S
EXHIBIT
18

1    A    That's correct.

2    Q    Okay.  And to the extent that there

3 was -- if there was an investigation, none

4 of that information was passed on to you

5 when you became the superintendent, fair?

6    A    Fair.

7    Q    Okay.  And to the extent that if

8 there was an investigation and it uncovered

9 additional victims that might be high

10 schoolers now, you've also not been made

11 aware of that, fair?

12    A    Sorry, can you repeat the question?

13 Sorry.

14    Q    Sure.  I understand that you're

15 saying you don't know if there was an

16 investigation or not?

17    A    Yeah, investigate, no.

18    Q    Which I totally get that.

19    A    Uh-huh.

20    Q    I understand, okay?  And my question

21 simply is, no one has come to you, whether

22 there was an investigation or not, no one

23 has come to you from the Stillwater Public

24 School System and said, hey there's a

25 couple of girls that are in high school now

1  that we think might have been victims of
2  Morejon, anything like that?  Isn't --
3  that's not happened?
4      A    There -- there was one.
5      Q    Okay.  Tell me about that.
6      A    Sorry, this is kind of a longer
7  story that --
8      Q    Take your time.  We're going to be
9  done -- this is really the last couple of
10  questions --
11      A    Okay.
12      Q    -- I got for you.
13      A    There was a young lady who we found
14  was homeless going into her senior year.
15  And she was living in her vehicle, she'd
16  had some issues with her family at home.
17  And she was a very likable kid, we knew
18  her.  And one of my teachers took her in to
19  live with her and her family, and -- to get
20  her off the street, help her out.
21      Q    Uh-huh.
22      A    When this story broke, the Morejon
23  story broke, that teacher came to me and
24  said, I think she might have been involved
25  in this a little bit.  I directly went to

my SR -- excuse me, my SRO and I said,
here's what's being reported to me from
this teacher. And the teacher said, I
don't know that she'll talk to anybody. I
just have a feeling.

And I said, well, let's set her up an
appointment with -- because the police --
my understanding was the police were still
doing this investigation. They were
handling all the evidence collection and
everything else, because the trial was -- I
mean, we started the school year, so he
knew he'd resigned.

Q     Uh-huh.

A     But they were still collecting
information. Gave it to the SRO, she
talked to him. I asked the SRO, did she
tell you her story? And he said, yes.
Then I reported it to my superior, my
directs, which were the assistant sup and
the superintendent.

Q     Who -- give me the -- just so I can
understand, the --

A     Sure.

Q     -- faculty member who she had moved

1  in with was who?

2     A   Debbie Dawson.

3     Q   Okay.  And so Debbie had learned

4  that this particular student had fallen

5  kind of on hard times with her family, was

6  living out of her car?

7     A   We -- when we heard that -- we kind

8  of heard it as a group.  She's one of those

9  kids that everybody likes her --

10    Q   Uh-huh.

11    A   -- and we knew that her family

12 situation was challenging.

13    But yeah, then we found out that she was

14 living in her car.  And Ms. Dawson said,

15 I'll take her and ended up keeping her for

16 the rest of the year and kept a good eye on

17 her.  They had conversations and were just

18 -- if anybody -- if she needed anything,

19 Debbie would let us know.  She'd worked

20 with the counselors.  The young lady

21 graduated that year, went to OSU.

22    Q   What was the year?

23    A   I want to say it was the coming back

24 out of the COVID year, so it was 2021.  It

25 was -- she graduated that year.

Q   Okay.

A   Yeah.

Q   And so when that issue came up, Morejon had already left the school and was being prosecuted; is that right?

A   Correct.

Q   Okay.  So it had been become --

A   That's my recollection --

Q   -- public?

A   -- yes.

Q   What was the girl's name that graduated?

A   Golly, I can get that to you.

Q   Okay.

A   I'm sorry.

Q   That's okay.

A   I had it just a second ago.

Q   You're fine.  She ended up going to OSU?

A   She went to OSU.  She's got a nursing certification now.  She -- I believe she left OSU after the first year and then went to Meridian, and is into her nursing experience.

Q   Is she living in OS -- or Stillwater