## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ISABELA SNEED, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-22-31-R |
| | ) |
| (1) INDEPENDENT SCHOOL DISTRICT NO. 16 OF PAYNE COUNTY, OKLAHOMA, a/k/a STILLWATER PUBLIC SCHOOL DISTRICT, a/k/a STILLWATER INDEPENDENT SCHOOL DISTRICT NUMBER 16, | ) ) ) ) ) ) |
| | ) |
|     Defendant. | ) |

## DECLARATION OF HEATHER SNEED

I, Heather Sneed, as my Declaration in this matter, state the following:

1.    I am of lawful age and have personal knowledge of the facts set forth in this Declaration.

2.    I am the mother of Plaintiff Isabella Sneed.

3.    In May of 2020, Isabella reported Alberto Morejon to the police.

4.    It was common knowledge among parents, students and teachers that Isabella was the individual who reported Alberto Morejon to the police.

5.    In the Fall of 2020, I spoke directly to Kyle Lichte, Isabella's volleyball coach, about Isabella being the individual who reported Alberto Morejon to the police. When I spoke to Mr. Lichte, he was already aware that Isabella was the individual who had reported Morejon.



PLAINTIFF'S EXHIBIT

19

tabbies

6.     In the Fall of 2020, I spoke directly to Joy Cawood, administrator over Isabella's virtual classes, about Isabella being the individual who reported Alberto Morejon to the police. When I spoke to Ms. Cawood, she was already aware that Isabella was the individual who had reported Morejon.

7.     In January of 2021, I spoke directly to Robert Branscum, Isabella's FFA instructor, about Isabella being the individual who reported Alberto Morejon to the police. When I spoke to Mr. Branscum, he was already aware that Isabella was the individual who had reported Morejon.

8.     In January of 2021, I spoke directly to Bailey Kliewer, Isabella's FFA instructor, about Isabella being the individual who reported Alberto Morejon to the police. When I spoke to Ms. Kliewer, she was already aware that Isabella was the individual who had reported Morejon.

DATED this 1st day of August 2023.

Heather Sneed