# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Isabela Sneed, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 22-cv-00031-R |
| | ) | |
| Independent School District No. 16 of Payne County, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION TO RECONSIDER REQUEST TO EXTEND THE SCHEDULING ORDER AND CLARIFICATION OF FACTS SUPPORTING SAME

1. On August 21, 2023, Parties submitted a request to extend the current scheduling order. Plaintiff offers the below additional facts and respectfully requests this Court reconsider its decision to deny the request to extend the current scheduling order by an additional 60 days.

2. On Friday, August 18, 2023 at 4:14 pm, Defendant produced approximately 700 new pages of discovery materials. Only a few pages were emails duplicative of prior production. All of the documents produced were responsive to previous discovery requests issued on June 28, 2022. *See* Plaintiff's First Set of Discovery, attached hereto at Exhibit A, and Plaintiff's Second Set of Discovery, issued on May 27, 2023, attached hereto at Exhibit B. Defendant's August 18, 2023 production includes: the Probable Cause Affidavit, filed May 22, 2020, an Admonishment Letter,[1] emails to staff regarding Morejon's arrest, emails to and from the former Superintendent regarding Morejon's resignation, a press release regarding Morejon's arrest, parent surveys and comments, and

---

[1] The Admonishment Letter, dated April 28, 2017, is addressed to Alberto Morejon and outlines a disciplinary plan for a teacher who sexually assaulted a student teacher. The letter details the assault, and then sets forth guidelines for the individual who committed the assault to continue in his employment with School District.

school board meeting agendas.

3. These newly-disclosed documents are relevant to the claims in this case. Had the materials been timely produced, Plaintiff would have attached many of the documents as exhibits to her Response to Defendant's Motion for Summary Judgment.

4. Further, it was conveyed by Defendant's counsel that Defendant had previously failed to run an appropriate search for responsive documents. For example, as part of the August 18, 2023 production, documents were produced from the computer of Dr. Marc Moore, the School District's Superintendent from 2016 to 2021. Importantly, there was a draft of the above-described Admonishment Letter to Morejon, which had never been produced. During the deposition of Dr. Moore on July 12, 2023, he did not mention the draft of the Admonishment Letter.

5. Additionally, the school district claimed that no one ever reported the identity of the victim. *See* Defendant's Motion for Summary Judgment at 15-16 [Docket No. 35]. Documents produced on August 18, 2023, however, from Dr. Moore's computer, contained the Probable Cause Affidavit wherein Plaintiff was identified by age and initials. This evidence is highly relevant to Plaintiff's retaliation claim.

6. While the Corporate Representative deposition was scheduled for August 21, 2023, Defendant's counsel requested to reschedule that deposition because the computer document search by Defendant needed to be repeated. Thus, the deposition of Crystal Szymanski was moved to August 21, 2023. During Ms. Szymanski's deposition, she identified documents of the School District on sex abuse training. These documents have not been produced, either, despite being previously requested in discovery. See Request for Production 23, Plaintiff's First Set of Discovery, attached hereto at Exhibit A.

7. On August 21, 2023, Plaintiff's counsel was notified by Defendant's counsel that the Defendant has never run a search of Alberto Morejon's computer.

8. Still, the investigatory files to which multiple deponents have testified have not yet been provided by Defendant. Defendant's counsel denies that these files exist.

9. Based on the foregoing, Plaintiff requests that the Court reconsider its decision to deny a sixty-day extension of the scheduling order so that Defendant be required to provide the documents withheld during discovery and for additional depositions to be taken.

Respectfully submitted,

*/s/Pansy Moore-Shrier*
Pansy Moore-Shrier OBA No. 20289
624 South Boston Avenue, Suite 1070
MOORE-SHRIER LAW FIRM
Tulsa, Oklahoma 74119
pansy@mstulsalaw.com

-and-

Daniel E. Smolen, OBA #19943
Robert M. Blakemore, OBA #18656
SMOLEN & ROYTMAN
701 South Cincinnati Avenue
Tulsa, OK 74119
(918) 585-2667
(918) 585-2669 Fax
danielsmolen@ssrok.com
bobblakemore@ssrok.com
***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of August 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

*/s/Pansy Moore-Shrier*