1       **IN THE UNITED STATES DISTRICT COURT**
        **FOR THE WESTERN DISTRICT OF OKLAHOMA**

2

3  ISABELA SNEED,      )
          Plaintiff, )

4                )
  vs.             )Case No.  22-cv-00031-R

5                )
  INDEPENDENT SCHOOL )

6  DISTRICT NO. 16 OF )
  PAYNE COUNTY,     )

7         Defendant. )

8

9

10

11               **DEPOSITION OF**
               **TREVOR FIELDSEND**

12

13

14

15

16

17

18

19  DATE:  MARCH 1, 2023

20  REPORTER:  MARISA SPALDING, CSR, RPR

21

22

23         Spalding Reporting Service, Inc.
       1611 South Utica Avenue, Box 153

24           Tulsa, Oklahoma 74104
       spaldingreportingservice@cox.net

25            (918) 284-2017

**EXHIBIT 2**

**A P P E A R A N C E S:**

    FOR THE PLAINTIFF:

        **SMOLEN & ROYTMAN, P.L.L.C.**
        701 South Cincinnati Avenue
        Tulsa, Oklahoma 74119
           **BY: MR. DANIEL E. SMOLEN**

    FOR THE DEFENDANT:

        **ROSENSTEIN, FIST & RINGOLD**
        525 South Main Street, Suite 700
        Tulsa, Oklahoma 74103
           **BY: MR. JOHN E. PRIDDY**

    DEPOSITION OF **TREVOR FIELDSEND**, produced as a witness duly sworn by me, taken in the above-styled and numbered cause on the 1st day of March, 2023, at 3:01 p.m., before **MARISA SPALDING**, Certified Shorthand Reporter No. 01750 in and for the State of Oklahoma, at the offices of Smolen & Roytman, 701 South Cincinnati Avenue, Tulsa, Oklahoma, in accordance with the agreement hereinafter set forth.

# A G R E E M E N T S

It is hereby agreed by and between the parties hereto, through their respective attorneys appearing herein, that the Plaintiff may take the deposition of **TREVOR FIELDSEND** at this time, that said deposition is being taken by Subpoena and said deposition is being taken with the same force and effect as though all the requirements of the Rules and Statutes had been fully complied with.

It is further agreed by and between the parties hereto, through their attorneys appearing herein, that any and all objections to any question, except as to form contained herein, may be made upon the offering of this deposition in evidence upon the trial of this cause with the same force and effect as though the witness were present in person and testifying from the witness stand.

It is further agreed by and between the parties hereto, through their attorneys appearing herein, that this deposition may be signed before any Notary Public and

1  thereafter returned into Court and used

2  upon the trial of this cause with the same

3  force and effect as though all requirements

4  of the Rules and Statutes with reference to

5  signature and return had been fully

6  complied with.

7      It is further agreed by and between the

8  parties hereto, through their attorneys

9  appearing herein, that if the original of

10 this deposition has not been properly

11 signed before any officer authorized to

12 administer oaths within (30) days after its

13 submission to said witness and thereafter

14 returned to the attorney who asked the

15 first question appearing in the transcript

16 prior to any contested hearing in this

17 cause, that an unsigned, certified copy may

18 be substituted and used for all purposes,

19 the same as though the original had been

20 signed by said witness and properly

21 returned.

22

23

24

25

**INDEX**

| | PAGE |
|---|---|
| Appearances | 2 |
| Agreements | 3 |
| **TREVOR FIELDSEND** | |
| Examination by Mr. Smolen | 6 |
| Jurat | 100 |
| Correction Sheet | 101 |
| Reporter's Certificate | 102 |

**EXHIBIT INDEX**

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| PX 1 | Complaint | 16 |
| PX 15 | Emails | 18 |
| PX 16 | Diagram | 46 |
| PX 5 | Police Report | 63 |
| PX 14 | Evaluation | 68 |

1  was after being out for three years.

2      Q    Okay.  And I know it's a big school.

3  I just didn't know if for any reason like

4  if they were in cross country or anything

5  like that, that you recall, either of them?

6      A    No.

7      Q    Okay.

8      A    Neither one of those.

9      Q    I also wanted you to look at -- and

10  this will explain why you got a subpoena.

11      A    Yeah.

12      Q    I want you to look at Plaintiff's

13  Exhibit 15, and it's an email string and it

14  kind of starts at the back.

15      A    Okay.

16      Q    And then there's a separate middle

17  page.  And maybe you would be able to

18  explain the middle page to me more than I

19  understand it.  It looks like some kind of

20  encrypted receipt but...

21      A    Yeah.

22      Q    I'll walk you through it, at least

23  what I know.  So I have -- this was

24  produced in discovery in this case by

25  Stillwater Public Schools.

1    A    Hum.

2    Q    And it -- so it starts down at the

3    bottom.

4    A    The back page?

5    Q    On -- I'll refer to SPS 610 at the

6    bottom right.

7    A    Yeah.

8    Q    And so it looks as though -- and I'm

9    at the bottom here.  It says, during PTC,

10   whenever I was being a dedicated baseball

11   coach and working for $2 an hour, someone

12   came into my room and took/stole my

13   Hawaiian license plate?

14   A    Yeah.

15   Q    I honestly forget about this, but

16   the kids put me into depression today, and

17   I randomly remember the one thing that

18   makes me smile during the day, the rainbow

19   on the license plate.  If anyone has seen

20   this license plate, please return.  I'm

21   really missing it.  And then on the next --

22   on the -- on the very first page -- and I'm

23   at Page 1 of it -- it looks as though you

24   responded to that post?

25   A    Right.

1    Q   And you said, maybe one of your 9th

2    grade female entourage took it for a

3    souvenir?

4    A   Yeah.

5    Q   For the very first time I caught it,

6    there was a picture of the Queen on the

7    third page of that.  I never put it

8    together that maybe you had also put the

9    Queen picture on there, but I didn't know?

10   A   Probably.  I could have done it.

11   Q   Okay.

12   A   I get crap all the time about stuff

13   like that so I --

14   Q   It makes more sense now with the

15   Queen --

16   A   Yeah, yeah.

17   Q   -- after I meet you?

18   A   Yeah.

19   Q   So I've -- I've asked about this

20   email with other people, but I want to just

21   make sure I understand initially when we

22   see that it goes to JH Staff on the email

23   --

24   A   Yeah.

25   Q   -- what was your understanding of

1  who were the recipients or who would be the

2  recipients of that?

3      A    Of that email?

4      Q    Of the JH Staff, yeah?

5      A    I guess anybody that was in the

6  building, I guess.

7      Q    Okay.  I didn't know if you had an

8  appreciation for whether or not that that

9  was just faculty or if it also included

10  administrators?

11      A    I thought it was just faculty.

12      Q    Okay.

13      A    Yeah.

14      Q    There's been inconsistent testimony.

15  Someone said that they think that maybe

16  there's one that includes faculty and

17  administration, and then there's a

18  different list that just includes faculty.

19  And they didn't know either way which it

20  was labeled, so I was just curious?

21      A    Well, just faculty and staff.  I

22  thought it was just faculty and then

23  kitchen workers, you know, and janitors and

24  that kind of thing so...

25      Q    Okay.  Mr. Gonzalez testified today

```
1    before you came in --
2         A    Uh-huh.
3         Q    -- that you also taught across the
4    hall from Morejon?
5         A    Yeah.
6         Q    Is that right?
7         A    Yeah.
8         Q    Okay.  And he had also said that
9    there was a female computer teacher and
10   yearbook -- she ran the yearbook for the
11   school --
12        A    Right, yeah.
13        Q    -- that was also next to you?
14        A    Yeah, yeah.
15        Q    Do you recall who -- who that was?
16        A    Yeah, that was Janloo.
17        Q    Okay.  How do you spell her name?
18        A    J-a-n-l-o-o.
19        Q    Okay.
20        A    Kristin Janloo.
21        Q    Janloo?
22        A    Yeah.
23        Q    And was that -- is that her full
24   name or is it the last name?
25        A    Janloo is the last name.  Kristin is
```

1   the first name.

2       Q    Kristin is the first name?

3       A    Uh-huh.

4       Q    Okay, thank you.

5       A    Uh-huh.

6       Q    Mr. Gonzalez testified before your

7   deposition today that the amount of young

8   girls in Mr. Morejon's classroom during

9   breaks and during the lunch hour were

10  objectively strange?

11      A    Yeah.

12      Q    It was out of the ordinary?

13      A    Uh-huh.

14      Q    He said it was obvious.  It should

15  have been obvious to the school

16  administration that there was something not

17  right with the situation?

18      A    Right.

19      Q    Is that consistent with your memory?

20      A    He was a really popular guy.  He was

21  popular with the guys with the baseball

22  team he coached, and he was popular with

23  female students, too.  And in a different

24  way -- I mean, I have two daughters that

25  has gone through the junior high and so,

1   you know, I'm protective of them.

2     But I didn't ever see anything that

3   would -- that made me think that he was

4   doing anything inappropriate.  I mean, like

5   I said, he was popular and there was -- and

6   there was girls over there and boys over

7   there -- girls at lunchtime.

8     And, you know, sometimes some goofy

9   stuff like stealing his desk chair and

10   stuff like that and rolling it down the

11   hall.  And I try to work at lunchtime, and

12   I'd go out and say, hey, you know, what's

13   going on here, you know?  And then to be

14   honest, I didn't think he was in there half

15   the time, you know.

16     And then actually -- I actually reported

17   this to the office one time saying, hey,

18   you know, I couldn't get any work done

19   because it's so loud down there.  And I

20   don't know if anybody spoke to him or

21   anything or what.  But, you know, I -- I

22   didn't see -- just horsing around kind of

23   thing, you know.

24     Q    I understand that you didn't see him

25   raping young girls in his classroom, okay?

```
 1      A    Oh, yeah, yeah, yeah.

 2      Q    I understand that.

 3      A    Yeah, yeah.

 4      Q    I understand that you didn't see him

 5   --

 6      A    Right.

 7      Q    -- molesting young girls in his

 8   classroom?

 9      A    Right.

10      Q    That's not why I'm here to talk to

11   you?

12      A    Yeah.

13      Q    But what's important to me is that

14   in your email, okay --

15      A    Uh-huh.

16      Q    -- and going back to -- this is,

17   again, 2019, okay?

18      A    Yeah, yeah.

19      Q    You didn't say, maybe it's one of

20   your student entourages, maybe it's one of

21   your baseball players, right?

22      A    Yeah.

23      Q    It was very clear --

24      A    Right.

25      Q    -- that maybe it's one of your 9th
```

1  grade female entourage?

2     A    I mean, yeah, I mean, it may not

3  have been 9th grade either.  It may have

4  been 8th grade.  You know, they just...

5     Q    There was testimony from Mr.

6  Gonzalez that he recalls even 9th grade

7  girls going to Morejon's room during the

8  lunch hour --

9     A    Yes.

10    Q    -- even though he wasn't their

11 teacher anymore?

12    A    Right.

13    Q    But they would still come and sit in

14 his room during lunch hour?

15    A    I think the reason I assumed they

16 were 9th grade girls, because I think there

17 was a couple of girls that ran cross

18 country for me.  I only coach 7th and 8th

19 grade.  And I kind of said to them one

20 time, what are you guys doing there?  So I

21 kind of concluded they were 9th grade

22 girls.  But, you know, I...

23    Q    In the police report -- you know, I

24 think that it's very courageous for a girl

25 of any age to report it?