```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF OKLAHOMA


ISABELA SNEED,         )
        Plaintiff,     )
                       )
vs.                    )Case No.  22-cv-00031-R
                       )
INDEPENDENT SCHOOL     )
DISTRICT NO. 16 OF     )
PAYNE COUNTY,          )
        Defendant.     )
```

**DEPOSITION OF
SETH CONDLEY**

DATE:   MARCH 1, 2023

REPORTER:   MARISA SPALDING, CSR, RPR

Spalding Reporting Service, Inc.
1611 South Utica Avenue, Box 153
Tulsa, Oklahoma 74104
spaldingreportingservice@cox.net
(918) 284-2017

**EXHIBIT 3**

```
 1   A P P E A R A N C E S:

 2

 3        FOR THE PLAINTIFF:

 4            SMOLEN & ROYTMAN, P.L.L.C.
              701 South Cincinnati Avenue
 5            Tulsa, Oklahoma 74119
                  BY:  MR. DANIEL E. SMOLEN
 6

 7            MOORE-SHRIER LAW FIRM
              624 South Boston Avenue,
 8            Suite 1070
              Tulsa, Oklahoma 74119
 9                BY:  MR. DREW MATHEWS

10

11        FOR THE DEFENDANT:

12            ROSENSTEIN, FIST & RINGOLD
              525 South Main Street, Suite 700
13            Tulsa, Oklahoma 74103
                  BY:  MS. SAMANTHIA MARSHALL
14
     ALSO PRESENT: Jeremiah Gregory
15

16     DEPOSITION OF SETH CONDLEY, produced as

17   a witness duly sworn by me, taken in the

18   above-styled and numbered cause on the 1st

19   day of March, 2023, at 9:36 a.m., before

20   MARISA SPALDING, Certified Shorthand

21   Reporter No. 01750 in and for the State of

22   Oklahoma, at the offices of Smolen &

23   Roytman, 701 South Cincinnati Avenue,

24   Tulsa, Oklahoma, in accordance with the

25   agreement hereinafter set forth.
```

**A G R E E M E N T S**

It is hereby agreed by and between the parties hereto, through their respective attorneys appearing herein, that the Plaintiff may take the deposition of **SETH CONDLEY** at this time, that said deposition is being taken by Subpoena and said deposition is being taken with the same force and effect as though all the requirements of the Rules and Statutes had been fully complied with.

It is further agreed by and between the parties hereto, through their attorneys appearing herein, that any and all objections to any question, except as to form contained herein, may be made upon the offering of this deposition in evidence upon the trial of this cause with the same force and effect as though the witness were present in person and testifying from the witness stand.

It is further agreed by and between the parties hereto, through their attorneys appearing herein, that this deposition may be signed before any Notary Public and

thereafter returned into Court and used upon the trial of this cause with the same force and effect as though all requirements of the Rules and Statutes with reference to signature and return had been fully complied with.

It is further agreed by and between the parties hereto, through their attorneys appearing herein, that if the original of this deposition has not been properly signed before any officer authorized to administer oaths within (30) days after its submission to said witness and thereafter returned to the attorney who asked the first question appearing in the transcript prior to any contested hearing in this cause, that an unsigned, certified copy may be substituted and used for all purposes, the same as though the original had been signed by said witness and properly returned.

| | | |
|---|---|---|
| 1 | **INDEX** | |
| 2 | | **PAGE** |
| 3 | Appearances | 2 |
| 4 | Agreements | 3 |
| 5 | **SETH CONDLEY** | |
| 6 |     Examination by Mr. Smolen | 6 |
| 7 | Jurat | 91 |
| 8 | Correction Sheet | 92 |
| 9 | Reporter's Certificate | 93 |
| 10 | | |
| 11 | | |
| 12 | **EXHIBIT INDEX** | |
| 13 | **NUMBER**    **DESCRIPTION** | **PAGE** |
| 14 | PX  1      Complaint | 22 |
| 15 | PX  4      Police Report | 32 |
| 16 | PX  5      Police Report | 33 |
| 17 | PX 15      Emails | 38 |
| 18 | PX 14      Evaluation | 81 |

```
 1        A    Yeah.
 2        Q    And so in this email, it starts off
 3   with Mr. Morejon stating -- I'm on the last
 4   page here.  It looks like it starts off
 5   with him saying:  During FTC, whenever I
 6   was being a dedicated baseball coach and
 7   working for $2 an hour, someone came into
 8   my room and took slash stole my Hawaiian
 9   license plate.
10        I honestly forgot about this, but the
11   kids have put me in depression today and I
12   randomly remembered the one thing that
13   makes me smile during the day, the rainbow
14   on the license plate.  If anyone has seen
15   this license plate, please return it.  I'm
16   really missing it.
17        And then I see a response from Trevor
18   Fieldson that goes to Mr. Morejon, and it
19   goes to the JH staff, and he responds and
20   he says:  Maybe one of your 9th grade
21   female entourage took it for a souvenir
22   what looks like to be kind of a smiley
23   face.  Did you ever see Mr. Morejon with a
24   female entourage?
25        A    I never saw females.  There were
```

```
 1   students.  It was -- it wasn't just
 2   females.
 3       Q   Okay.  But he's pretty clear in the
 4   -- in the email --
 5       A   Uh-huh.
 6       Q   -- right, that maybe one of your 9th
 7   grade female entourage took it for a
 8   souvenir.  He was pretty specific about it
 9   being 9th grade, and he was pretty specific
10   about it being female.  Do you remember him
11   having a number of female 9th grade girls
12   that would follow him or hang out with him
13   in Spring of 2019?
14       A   I wouldn't say specific girls.
15   Again, it was -- there were boys.  It was
16   groups, just students that would -- but --
17   but it was during passing period, some come
18   down to the classroom so -- but it was -- I
19   never witnessed just all girls.
20       Q   Okay.  Was it majority females but a
21   few males in there?
22       A   Yes.  If -- if -- does that make --
23       Q   Yeah, I mean, I just want to know
24   what you saw.
25       A   Yes.
```

```
 1        Q    Because obviously Mr. Fieldson saw
 2   something, right --
 3        A    Uh-huh.
 4        Q    -- that made him respond to the
 5   entire JH staff.
 6        A    Uh-huh.
 7        Q    Maybe one of your 9th grade female
 8   entourage --
 9        A    Yeah.
10        Q    -- has it?
11        A    Uh-huh.
12        Q    Do you have -- let me ask you this.
13   Do you have any issues with Mr. Fieldson?
14        A    No, sir.
15        Q    Okay.  You don't consider him to be
16   a dishonest person or anything, do you?
17        A    No, sir.
18        Q    I've never met the man.  I think I'm
19   going to take his deposition today, but
20   nothing that stands out in your mind that
21   --
22        A    He is Brit so don't hold that
23   against him.
24        Q    Okay.  I won't.  I'll try not to.  I
25   know a couple of those.  I was with one
```

```
 1   last night having dinner, actually.  What
 2   -- when you say that this group of students
 3   would be with Mr. Morejon in between
 4   breaks, when would that be?  What did the
 5   breaks look like?
 6       A    Just passing period.
 7       Q    And what is that when you say
 8   passing period?
 9       A    Between classes.
10       Q    And would they be in his classroom
11   with him?
12       A    Yeah, yeah, there would be, yes,
13   multiple students, yes, in between --
14   between passing -- between when the bell
15   rings for tardies.
16       Q    And was that a common practice for
17   other faculty?
18       A    Yes.
19       Q    Okay.  Had you ever talked to Mr. --
20   or did you ever just talk to Mr. Fieldson
21   after he sent this?
22       A    No, I don't even remember this.
23       Q    Okay.
24       A    This email chain, sorry.
25       Q    Right.  And I'm assuming you guys
```