# MOTION HEARING MINUTE SHEET

**Date**: August 28th, 2023          **Total Time**: 20 minutes

**Civil Case No.**: CIV-22-31-R          **Judge David L. Russell**

**Court Reporter** Tracy Thompson          **C.R. Deputy** Kira Murphey

**Isabella Sneed v. Independent School District No. 16 of Payne County**

**Plaintiff Counsel**: Pansy C. Moore-Shrier, Robert M. Blakemore

**Defendant Counsel**: John E. Priddy, Samanthia S. Marshall

Parties appear by their counsel as above stated. Statements of counsel heard.

After discussion, the parties reach an agreement which the Court will accept. Written order to follow.