### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ISABELLA SNEED, )<br>)<br> Plaintiff, )<br>)<br>vs. )<br>)<br>(1) INDEPENDENT SCHOOL )<br>DISTRICT NO. 16 OF PAYNE COUNTY, )<br>OKLAHOMA, a/k/a STILLWATER PUBLIC )<br>SCHOOL DISTRICT, a/k/a STILLWATER )<br>INDEPENDENT SCHOOL DISTRICT )<br>NUMBER 16, )<br>)<br> Defendant. ) | Case No. CIV-22-31-R |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), **IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff Isabella Sneed and Defendant Independent School District No. 16 of Payne County, Oklahoma, that Plaintiff's claims against Defendant are dismissed with prejudice. The parties shall bear their own attorney fees and costs.

                Approved and signed by:

                /s/Robert M. Blakemore
                Daniel E. Smolen, OBA 19943
                Robert M. Blakemore, OBA 18656
                Bryon D. Helm, OBA 33003
                **SMOLEN & ROYTMAN**
                701 South Cincinnati Avenue
                Tulsa, OK 74119
                T: 918.585.2667
                F: 918.585-2669
                 danielsmolen@ssrok.com
                 bobblakremore@ssrok.com
                 bryonhelm@ssrok.com

                -and-

Pansy Moore-Shrier
**Moore-Shrier Law Firm**
624 South Boston Avenue, Suite 1070
Tulsa, Oklahoma 74119
pansy@mstulsalaw.com

*Attorneys for the Plaintiff*


/s/John E. Priddy*
John E. Priddy, OBA No. 13604
Alison A. Parker, OBA No 20741
Samanthia S. Marshall, OBA No. 22640
ROSENSTEIN, FIST & RINGOLD
525 South Main, Suite 700
Tulsa, Oklahoma 74103
(918) 585-9211
(918) 583-5617 (facsimile)
johnp@rfrlaw.com
aparker@rfrlaw.com
smarshall@rfrlaw.com

*Attorneys for the Defendant*

*Signed with permission of filing counsel*